COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
James A Donahue, III, Esq. (PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE OF GENERAL COUNSEL
Linda C. Barrett, Esq. (PA Atty. No. 46543)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania 17101
(717) 787-9347
BERGER & MONTAGUE, P.C.
Daniel Berger, Esq. (PA Atty. No. 20275)
Tyler E. Wren, Esq. (PA Atty. No. 17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
Special Counsel to the Commonwealth of Pennsylvania
COHEN, PLACITELLA & ROTH, P.C.
Stewart L. Cohen, Esq. (PA Atty. No. 25448)
Robert L. Pratter, Esq. (PA Atty. No. 02556)
Michael Coren, Esquire (PA Atty. No. 31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania 19103
(215) 567-3500
Special Counsel to the Commonwealth of Pennsylvania
ATTORNEYS FOR PLAINTIFFS

THIS IS NOT AN
ARBITRATION M...
ASSESSMENT OF DA...
HEARING IS REQUIRED

---

| The COMMONWEALTH OF PENNSYLVANIA | : COURT OF COMMON PLEAS |
| By and through Pennsylvania Attorney Kathleen G. | : PHILADELPHIA COUNTY, PA |
| Kane, the PENNSYLVANIA INSURANCE | : |
| DEPARTMENT; THE PENNSYLVANIA | : |
| DEPARTMENT OF ENVIRONMENTAL | : |
| PROTECTION and the PENNSYLVANIA | : |
| UNDERGROUND STORAGE TANK | : |
| INDEMNIFICATION FUND | : |
| | : JUNE   TERM, 2014 |
| VS. | : NO: 002881 |
| | : |
| EXXON MOBIL CORPORATION | : JURY TRIAL DEMANDED |

ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as co-counsel on behalf of the Plaintiff the Commonwealth of Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental Protection and Pennsylvania Underground Storage Tank Indemnification Fund in the above-captioned matter.

COHEN, PLACITELLA & ROTH P.C.

MICHAEL COREN, ESQUIRE
Attorney ID No: 31037
Two Commerce Square
Suite 2900, 2001 Market Street
Philadelphia, PA 19103
215-567-3500
mcoren@cprlaw.com

Date: June 20, 2014

## CERTIFICATE OF SERVICE

I,   MICHAEL COREN, Esquire, co-counsel for the Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental Protection and Pennsylvania Underground Storage Tank Indemnification Fund hereby certifies that on June 20, 2014  a true and correct copy of an Entry of Appearance was served via electronic filing only on all interested parties.


BY:    /s/ Michael Coren
_____

MICHAEL COREN, ESQUIRE
Co-Counsel for Plaintiff

Dated: June 20, 2014

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
James A Donahue, III, Esq. (PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE OF GENERAL COUNSEL
Linda C. Barrett, Esq. (PA Atty. No. 46543)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania 17101
(717) 787-9347
BERGER & MONTAGUE, P.C.
Daniel Berger, Esq. (PA Atty. No. 20275)
Tyler E. Wren, Esq. (PA Atty. No. 17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
Special Counsel to the Commonwealth of Pennsylvania
COHEN, PLACITELLA & ROTH, P.C.
Stewart L. Cohen, Esq. (PA Atty. No. 25448)
Robert L. Pratter, Esq. (PA Atty. No. 02556)
Michael Coren, Esquire (PA Atty. No. 31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania 19103
(215) 567-3500
Special Counsel to the Commonwealth of Pennsylvania
ATTORNEYS FOR PLAINTIFFS

THIS IS NOT AN
ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

| | |
|---|---|
| The COMMONWEALTH OF PENNSYLVANIA By and through Pennsylvania Attorney Kathleen G. Kane, the PENNSYLVANIA INSURANCE DEPARTMENT; THE PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION and the PENNSYLVANIA UNDERGROUND STORAGE TANK INDEMNIFICATION FUND | : COURT OF COMMON PLEAS : PHILADELPHIA COUNTY, PA : : : : : : : |
| | : JUNE   TERM, 2014 |
| VS. | NO: 002881 : |
| EXXON MOBIL CORPORATION | : JURY TRIAL DEMANDED |

ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as co-counsel on behalf of the Plaintiff the Commonwealth of Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental Protection and Pennsylvania Underground Storage Tank Indemnification Fund in the above-captioned matter.

COHEN, PLACITELLA & ROTH P.C.

ROBERT L. PRATTER, ESQUIRE
Attorney ID No: 02556
Two Commerce Square
Suite 2900, 2001 Market Street
Philadelphia, PA 19103
215-567-3500
rpratter@cprlaw.com

Date: June 20, 2014

Case ID: 140602881

## CERTIFICATE OF SERVICE

I,   ROBERT L. PRATTER, Esquire, co-counsel for the Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental Protection and Pennsylvania Underground Storage Tank Indemnification Fund hereby certifies that on June 20, 2014  a true and correct copy of an Entry of Appearance was served via electronic filing only on all interested parties.

BY:            /s/ Robert L. Pratter
                                _____

                                ROBERT L. PRATTER, ESQUIRE
                                Co-Counsel for Plaintiff

Dated: June 20, 2014

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
James A Donahue, III, Esq. (PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE OF GENERAL COUNSEL
Linda C. Barrett, Esq. (PA Atty. No. 46543)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania 17101
(717) 787-9347
BERGER & MONTAGUE, P.C.
Daniel Berger, Esq. (PA Atty. No. 20275)
Tyler E. Wren, Esq. (PA Atty. No. 17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
Special Counsel to the Commonwealth of Pennsylvania
COHEN, PLACITELLA & ROTH, P.C.
Stewart L. Cohen, Esq. (PA Atty. No. 25448)
Robert L. Pratter, Esq. (PA Atty. No. 02556)
Michael Coren, Esquire (PA Atty. No. 31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania 19103
(215) 567-3500
Special Counsel to the Commonwealth of Pennsylvania
ATTORNEYS FOR PLAINTIFFS

THIS IS NOT AN
ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

---

| | | |
|---|---|---|
| The COMMONWEALTH OF PENNSYLVANIA | : | COURT OF COMMON PLEAS |
| By and through Pennsylvania Attorney Kathleen G. | : | PHILADELPHIA COUNTY, PA |
| Kane, the PENNSYLVANIA INSURANCE | : | |
| DEPARTMENT; THE PENNSYLVANIA | : | |
| DEPARTMENT OF ENVIRONMENTAL | : | |
| PROTECTION and the PENNSYLVANIA | : | |
| UNDERGROUND STORAGE TANK | : | |
| INDEMNIFICATION FUND | : | |
| | : | JUNE   TERM, 2014 |
| VS. | : | NO: 002881 |
| | : | |
| EXXON MOBIL CORPORATION | : | JURY TRIAL DEMANDED |

ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as co-counsel on behalf of the Plaintiff the Commonwealth of Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental Protection and Pennsylvania Underground Storage Tank Indemnification Fund in the above-captioned matter.


_____
James A Donahue, III, Esquire
PA Atty. No.42624
Executive Deputy Attorney General
COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
jdonahue@attorney.general.gov


Date: June 20, 2014


Case ID: 140602881

## CERTIFICATE OF SERVICE

I,   James A. Donahue, III, Esquire, co-counsel for the Plaintiff, the Commonwealth of

Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental

Protection and Pennsylvania Underground Storage Tank Indemnification Fund hereby certifies

that on July 14, 2014  a true and correct copy of an Entry of Appearance was served via

electronic filing only on all interested parties.


                                         /s/ James A Donahue
                          BY:   _____

                                JAMES A. DONAHUE, III, ESQUIRE
                                Co-Counsel for Plaintiff

Dated: July 14, 2014


Case ID: 140602881

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
James A Donahue, III, Esq. (PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE OF GENERAL COUNSEL
Linda C. Barrett, Esq. (PA Atty. No. 46543)
Senior Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania  17101
(717) 787-9347
BERGER & MONTAGUE, P.C.
Daniel Berger, Esq. (PA Atty. No. 20275)
Tyler E. Wren, Esq. (PA Atty. No. 17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
Special Counsel to the Commonwealth of Pennsylvania
COHEN, PLACITELLA & ROTH, P.C.
Stewart L. Cohen, Esq. (PA Atty. No. 25448)
Robert L. Pratter, Esq. (PA Atty. No. 02556)
Michael Coren, Esquire (PA Atty. No. 31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania  19103
(215) 567-3500
Special Counsel to the Commonwealth of Pennsylvania

ATTORNEYS FOR PLAINTIFF

THIS IS NOT AN
ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, by and through Pennsylvania Attorney Kathleen G. Kane, the Pennsylvania Insurance Department, the Pennsylvania Department of Environmental Protection, and the Pennsylvania Underground Storage Tank Indemnification Fund | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY, PA<br>:<br>:<br>:<br>:<br>: |
| | : JUNE TERM, 2014 |
| v. | : NO: 002881 |
| | : |
| EXXON MOBIL CORPORATION, et al. | : JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff Commonwealth of Pennsylvania in the above-captioned matter.

BERGER & MONTAGUE, P.C.

/s/ Daniel Berger
**DANIEL BERGER**
Attorney ID No: 20275
1622 Locust Street
Philadelphia, PA 19103
215-875-3000
dberger@bm.net

Date: July 11, 2014

Case ID: 140602881

## CERTIFICATE OF SERVICE

I, TYLER E. WREN, co-counsel for the Plaintiff, the Commonwealth of Pennsylvania, hereby certifies that on July 11, 2014 a true and correct copy of an Entry of Appearance was served via electronic filing only on all interested parties.


BY:      /s/ Tyler E. Wren
                  _____

                  TYLER E. WREN
                  Co-Counsel for Plaintiff

Dated: July 11, 2014

Case ID: 140602881

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**
James A Donahue, III, Esq. (PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**
Linda C. Barrett, Esq. (PA Atty. No. 46543)
Senior Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania 17101
(717) 787-9347
**BERGER & MONTAGUE, P.C.**
Daniel Berger, Esq. (PA Atty. No. 20275)
Tyler E. Wren, Esq. (PA Atty. No. 17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
Special Counsel to the Commonwealth of Pennsylvania
**COHEN, PLACITELLA & ROTH, P.C.**
Stewart L. Cohen, Esq. (PA Atty. No. 25448)
Robert L. Pratter, Esq. (PA Atty. No. 02556)
Michael Coren, Esquire (PA Atty. No. 31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania 19103
(215) 567-3500
Special Counsel to the Commonwealth of Pennsylvania

ATTORNEYS FOR PLAINTIFF

THIS IS NOT AN
ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

| | | |
|---|---|---|
| **THE COMMONWEALTH OF PENNSYLVANIA,** | : | **COURT OF COMMON PLEAS** |
| **by and through Pennsylvania Attorney Kathleen G.** | : | **PHILADELPHIA COUNTY, PA** |
| **Kane, the Pennsylvania Insurance Department,** | : | |
| **the Pennsylvania Department of Environmental** | : | |
| **Protection, and the Pennsylvania Underground** | : | |
| **Storage Tank Indemnification Fund** | : | |
| | : | **JUNE TERM, 2014** |
| **v.** | : | **NO: 002881** |
| | : | |
| **EXXON MOBIL CORPORATION, et al.** | : | **JURY TRIAL DEMANDED** |

<u>**ENTRY OF APPEARANCE**</u>

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff Commonwealth of Pennsylvania in the above-captioned matter.

BERGER & MONTAGUE, P.C.

/s/ Tyler E. Wren

**TYLER E. WREN**
Attorney ID No: 17666
1622 Locust Street
Philadelphia, PA 19103
215-875-3000
twren@bm.net

Date: July 11, 2014

Case ID: 140602881

## CERTIFICATE OF SERVICE

I, TYLER E. WREN, co-counsel for the Plaintiff, the Commonwealth of Pennsylvania, hereby certifies that on July 11, 2014 a true and correct copy of an Entry of Appearance was served via electronic filing only on all interested parties.

BY:    /s/ Tyler E. Wren
_____

TYLER E. WREN
Co-Counsel for Plaintiff

Dated: July 11, 2014

Case ID: 140602881

IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : COURT OF COMMON PLEAS |
| Plaintiff | : JUNE TERM, 2014 |
| | : NO: 140602881 |
| v. | : |
| | : |
| EXXON MOBIL CORPORATION, et al, | : |
| Defendants | : |

**ENTRY OF APPEARANCE**

To the Prothonotary:

Kindly enter our appearance on behalf of Defendant American Refining Group, Inc.

/s/_____
Edward M. Dunham, Jr., Esquire
PA Atty. I.D. No. 21550
Kleinbard Bell & Brecker LLP
1650 Market Street, 46th Floor
Philadelphia, PA 19103
(215)568-2000

/s/_____
Paul G. Gagne
PA Atty. I.D. No. 42009
Kleinbard Bell & Brecker LLP
1650 Market Street, 46th Floor
Philadelphia, PA 19103
(215)568-2000

Dated:  July 9, 2014

{00742129;v1 }

Case ID: 140602881

## CERTIFICATE OF SERVICE

I, Paul G. Gagne., hereby certify that on this 9th day of July 2014, I caused a true and

correct copy of Entry of Appearance for Edward M. Dunham and Paul G. Gagne to be served via

First Class, U.S. Mail on the following parties:

STEWART L. COHEN, ESQUIRE
COHEN PLACITELLA & ROTH
TWO COMMERCE SQUARE
PHILADELPHIA PA 19103
ATTORNEY FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA

JAMES A. DONAHUE, III, ESQUIRE
OFFICE OF ATTORNEY GENERAL
STRAWBERRY SQUARE
14TH FLOOR
HARRISBURG PA 17120
ATTORNEY FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA

LINDA C. BARRETT, ESQUIRE
333 MARKET STREET
17TH FLOOR
HARRISBURG PA 17101
ATTORNEY FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA

ROBERT L. PRATTER, ESQUIRE
2001 MARKET STREET
SUITE 2900
PHILADELPHIA PA 19103
ATTORNEY FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA

MICHAEL COREN, ESQUIRE
TWO COMMERCE SQUARE
2001 MARKET STREET
SUITE 2900
PHILADELPHIA PA 19103
ATTORNEY FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA

DEFENDANT CHEVRON U.S.A., INC.
C/O CT CORPORATOIN SERVICE CO
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT CITGO PETROLEUM CORPORATION
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

{00742506;v1 }

Case ID: 140602881

DEFENDANT CITGO REFINING AND CHEMICALS COMPANY, L.P.
1802 NEUCES BAY BLVD
CORPUS CHRISTI TX 78469

DEFENDANT COASTAL EAGLE POINT OIL COMPANY
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT CONOCO PHILLIPS COMPANY
C/O CT CORPORATION SERVICE CO
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT ATLANTIC RICHFIELD COMPANY
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT CROWN CENTRAL, L.L.C.
C/O CT CORPORATION SERVICE CO
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT CUMBERLAND FARMS, INC.
C/O CT CORPORATION SYSTEM
1515 MARKET STREETS
PHILADELPHIA PA 19102

DEFENDANT DUKE ENERGY MERCHANTS, LLC
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT EL PASO MERCHANT ENERGY-PETROLEUM
C/O CT CORPORATION SYSTEM
116 PINE STREET
SUITE 320
HARRISBURG PA 17101

DEFENDANT EXXON MOBIL CORPORATION
C/O CT CORPORATION SERVICE CO
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT ENERGY MERCHANT, LLC
C/O LESIS DOCUMENT SERVICES
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

Case ID: 140602881

DEFENDANT EQUILON ENTERPRISES, LLC
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT GEORGE E. WARREN CORPORATION
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT GETTY PETROLEUM MARKETING, INC
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT GETTY PROPERTIES CORPORATION
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT GULF OIL LIMITED PARTNERSHIP
C/O CT CORPORATION SYSTEM
SUITE 320
116 PINE STREET
HARRISBURG PA 17101

DEFENDANT HESS CORPORATION
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT HOUSTON REFINING, LP
12000 LAWNDALE STREET
HOUSTON TX 77017

DEFENDANT LUKOIL AMERICAS CORPORATION
1500 HEMPSTEAD TURNPIKE
EAST MEADOW NY 11554

DEFENDANT LYONDELL BASSELL INDUSTRIES NV
LYONDELLBASSELL TOWER
SUITE 700
1221 MCKINNEY STREET
HOUSTON TX 77010

DEFENDANT MARATHON OIL CORPORATION
5555 SAN FELIPE ROAD
HOUSTON TX 77056

DEFENDANT MARATHON PETROLEUM COMPANY, LP
C/O CT CORPORATION SYSTEM
SUITE 320
116 PINE STREET
HARRISBURG PA 17101

{00742506;v1 }

Case ID: 140602881

DEFENDANT MARATHON PETROLEUM CORPORATION
539 SOUTH MAIN STREET
FINDLAY OH 45840

DEFENDANT MOTIVA ENTERPRISES, LLC
C/O CT CORPORATION SYSTEM
SUITE 320
116 PINE STREET
HARRISBURG PA 17101

DEFENDANT NORTH ATLANTIC REFINING, LTD
  PO BOX 40
  1 REFINERY ROAD
  COMEBYCHANCE NL A0b1N0

DEFENDANT NUSTAR TERMINALS OPERATIONS PARTNERSHIP LP
C/O CT CORPORATION
1515 MARKET STREET
PHILADELPHIA PA 19101

DEFENDANT PHILLIPS 66
P.O. BOX 4428
HOUSTON TX 77210

DEFENDANT PHILLIPS 66 COMPANY
C/O CT CORPORATION SERVICE CO
SUJITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT PREMCOR REFINING GROUP, INC.
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT PREMCOR USA, INC.
1700 EAST PUTNAM AVENUE
OLD GREENWICH CT 06870

DEFENDANT SHELL OIL COMPANY
C/O CT CORPORATION
SUITE 320
116 PINE STREET
HARRISBURG PA 17101

DEFENDANT SHELL OIL PRODUCTS COMPANY, LLC
C/O CT CORPORATION SYSTEM
SUITE 320
116 PINE STREET
HARRISBURG PA 17101

DEFENDANT SUN COMPANY, INC.
C/O CT CORPORATION SYSTEM
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17101

DEFENDANT SUNOCO INCORPORATED (R&M)
 C/O CT CORPORATION SYSTEM
 SUITE 103
 2595 INTERSTATE DRIVE
 HARRISBURG PA 17101

DEFENDANT TEXACO, INC.
C/O CT CORPORATION SYSTEM
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17101

DEFENDANT TMR COMPANY
910 LOUISIANA STREET
HOUSTON TX 77002

DEFENDANT TRMI-H, LLC
6001 BOLLINGER CANYON ROAD
SAN RAMON CA 94583

DEFENDANT TOTAL PETROCHEMICALS AND REFINING USA, INC.
C/O CT CORPORATION
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT UNITED REFINING COMPANY
15 BRADLEY STREET
WARREN PA 16365

DEFENDANT BP AMERICA INC
C/O CT CORPORATOIN SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT VAERO ENERGY CORPORATION
ONE VALERO WAY
SAN ANTONIO TX 78249

DEFENDANT VALERO MARKETING AND SUPPLY COMPANY
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT VALERO REFINING AND MARKETING COMPANY
ONE VALERO WAY
SAN ANTONIO TX 78249

DEFENDANT VITOL S.A., INC.
1100 LOUISANA STREET
SUITE 5500
HOUSTON TX 77002

Case ID: 140602881

DEFENDANT WESTERN REFINING YORKTOWN, INC.
C/O CT CORPORATION SYSTEM
1515 MARKET STREET
PHILADELPHIA PA 19102

DEFENDANT EXXON MOBIL OIL CORPORATION
C/O CT CORPORATION SERVICE CO
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT BP AMOCO CHEMICAL COMPANY
116 PINE STREET
SUITE 320
HARRISBURG PA 17101

DEFENDANT BP PRODUCTS NORTH AMERICA, INC.
C/O THE PRENTICE-HALL CORP SYS
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

DEFENDANT BP WEST COAST PRODUCTIONS, LLC
4 CENTERPOINTE DRIVE
LAPALMA CA 90623

DEFENDANT CHEMTURA CORPORATION
C/O CT CORPORATION SERVICE CO
SUITE 103
2595 INTERSTATE DRIVE
HARRISBURG PA 17110

/s/ _____
PAUL G. GAGNE

Case ID: 140602881

EXHIBIT 3

**FILED**
10 JUL 2014 02:42 pm
**Civil Administration**
L. OWENS

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** by and through Pennsylvania Attorney General Kathleen G. Kane, the Pennsylvania Insurance Department; the Pennsylvania Department of Environmental Protection and the Pennsylvania Underground Storage Tank Indemnification Fund, | : **COURT OF COMMON PLEAS OF** <br> : **PHILADELPHIA COUNTY** <br> : <br> : **JUNE TERM, 2014** <br> : **NO: 002881** <br> : <br> : **JURY TRIAL DEMANDED** <br> : |

Plaintiff

v.

**EXXON MOBIL CORPORATION, et al.,**

Defendants

## ORDER

AND NOW this _____ day of _____, 2014, upon consideration of Plaintiff's Motion for the Creation of a Complex Litigation Program for the Commonwealth's MTBE Contamination Litigation, and any responses of the defendants, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that a Complex Litigation Program is hereby created within the Court's Complex Litigation Center which shall be designated as: "*In re Commonwealth MTBE Contamination Litigation*" which shall proceed in accordance with *Philadelphia General Court Regulation* No. 2012-01 and Chapter 9 of the Philadelphia Civil Manual, and any amendment or replacement thereof. The Hon. _____ is hereby assigned to preside over and manage this Program.

Case ID: 140602881
Control No.: 14071504

It is further ORDERED that the above-captioned matter is hereby assigned to the Complex Litigation Center as part of the *In re Commonwealth MTBE Contamination Litigation* Complex Litigation Program.

It is further ORDERED that Plaintiff's counsel shall inform the Complex Litigation Center of the status of service of the Complaint on the defendants within 30 days of this Order, and thereafter as often as directed by the Court. Plaintiff's counsel shall further assist the Complex Litigation Center in disseminating notice of the initial case management order to defendants or their counsel.

By the Court:

_____

Hon. John W. Herron, J.

2

**COMMONWEALTH OF
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL**
James A Donahue, III, Esq. (PA Atty.
No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418

**COMMONWEALTH OF
PENNSYLVANIA GOVERNOR'S
OFFICE OF GENERAL COUNSEL**
Linda C. Barrett, Esq. (PA Atty. No.
46543)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania  17101
(717) 787-9347

**BERGER & MONTAGUE, P.C.**
Daniel Berger, Esq. (PA Atty. No.
20275)
Tyler E. Wren, Esq. (PA Atty. No.
17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
*Special Counsel to the Commonwealth of
Pennsylvania*

**COHEN, PLACITELLA & ROTH,
P.C.**
Stewart L. Cohen, Esq. (PA Atty. No.
25448)
Robert L. Pratter, Esq. (PA Atty. No.
02556)
Michael Coren, Esquire (PA Atty. No.
31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania  19103
(215) 567-3500
*Special Counsel to the Commonwealth
of Pennsylvania*

Attorneys for Plaintiff

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** by and through Pennsylvania Attorney General Kathleen G. Kane, the Pennsylvania Insurance Department; the Pennsylvania Department of Environmental Protection and the Pennsylvania Underground Storage Tank Indemnification Fund, | : : : : : : | **COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY** **JUNE TERM, 2014** **NO: 002881** |
| Plaintiff | | **JURY TRIAL DEMANDED** |
| v. | | |
| **EXXON MOBIL CORPORATION, et al.** | | **PLAINTIFF'S MOTION FOR CREATION OF COMPLEX LITIGATION PROGRAM TO MANAGE COMMONWEALTH MTBE CONTAMINATION LITIGATION** |
| Defendants | | |

3

## PLAINTIFF'S MOTION FOR CREATION OF COMPLEX LITIGATION PROGRAM TO MANAGE COMMONWEALTH MTBE CONTAMINATION LITIGATION

AND NOW comes Plaintiff Commonwealth of Pennsylvania, by and through Pennsylvania Attorney General Kathleen G. Kane, the Pennsylvania Insurance Department, the Pennsylvania Department of Environmental Protection and the Pennsylvania Underground Storage Tank Indemnification Fund (collectively "the Commonwealth"), through its undersigned counsel, and moves this Court to create a special program within the Complex Litigation Center to manage the above- captioned MTBE environmental litigation matter, to designate the program as "*In re Commonwealth MTBE Contamination Litigation*" and to assign this case to the program.  In support of this Motion, the Commonwealth states the following:

1.     On June 19, 2014, the Commonwealth commenced the captioned matter – which names fifty-two (52) oil and chemical company as defendants – in order to redress environmental and natural resource damage injuries, and the threat of further injury, resulting from the extensive, statewide contamination of the waters of the Commonwealth by methyl tertiary butyl ether ("MTBE") and its derivative and breakdown contaminants.  MTBE is a chemical additive that was used in gasoline that was distributed throughout Pennsylvania for several decades. Once released into groundwater, gasoline containing MTBE is substantially more difficult to clean up than MTBE-free gasoline.  Extremely minute quantities of MTBE in water render it non-potable and unfit.  Since 1994 and the implementation of Pennsylvania's Underground Storage Tank Indemnity Fund, the Commonwealth has experienced around 3,400 gasoline releases, approximately 75% of which involve MTBE. The Commonwealth has spent hundreds of millions of dollars in cleanup costs to address these releases. The Commonwealth's action seeks

4

damages as well as orders and decrees from the Court preventing future injuries and remedying

past injuries relating to defendants' unfair and deceptive trade practices and acts in the marketing

of MTBE and gasoline containing MTBE. A true and correct copy of the Commonwealth's

Complaint in the above-captioned matter ("MTBE Action") is attached as Exhibit "A."

      2.     The Commonwealth's MTBE Action names the following oil and chemical

companies as defendants:

    (1) Exxon Mobil Corporation

    (2) ExxonMobil Oil Corporation

    (3) American Refining Group, Inc.

    (4) Atlantic Richfield Company

    (5) BP America Inc.

    (6) BP Amoco Chemical Company

    (7) BP Products North America, Inc.

    (8) BP West Coast Products, LLC

    (9) Chemtura Corporation

    (10) Chevron U.S.A., Inc.

    (11) Citgo Petroleum Corporation

    (12) Citgo Refining and Chemicals Company, L.P.

    (13) Coastal Eagle Point Oil Company

    (14) ConocoPhillips Company

    (15) Crown Central L.L.C.

    (16) Cumberland Farms, Inc.

    (17) Duke Energy Merchants, LLC

5

(18) El Paso Merchant Energy-Petroleum Company

(19) Energy Merchant, LLC

(20) Equilon Enterprises, LLC

(21) George E. Warren Corporation

(22) Getty Petroleum Marketing, Inc.

(23) Getty Properties Corporation

(24) Gulf Oil Limited Partnership

(25) Hess Corporation

(26) Houston Refining, LP

(27) Lukoil Americas Corporation

(28) LyondellBasell Industries N.V.

(29) Marathon Oil Corporation

(30) Marathon Petroleum Company LP

(31) Marathon Petroleum Corporation

(32) Motiva Enterprises, LLC

(33) North Atlantic Refining Ltd

(34) Nustar Terminals Operations Partnership LP

(35) Phillips 66

(36) Phillips 66 Company

(37) Premcor Refining Group, Inc.

(38) Premcor USA, Inc.

(39) Shell Oil Company

(40) Shell Oil Products Company LLC

6

(41) Sun Company, Inc.

(42) Sunoco Incorporated (R&M)

(43) Texaco Inc.

(44) TMR Company

(45) TRMI-H, LLC

(46) Total Petrochemicals and Refining USA, Inc.

(47) United Refining Company

(48) Valero Energy Corporation

(49) Valero Marketing and Supply Company

(50) Valero Refining and Marketing Company

(51) Vitol S.A., Inc.

(52) Western Refining Yorktown, Inc.

3.      Managing this case in a special program from inception to trial in the Complex
Litigation Center under and pursuant the authority, principles and guidelines of *Philadelphia
General Court Regulation* No. 2012-01 and Chapter 9 of the Philadelphia Civil Manual will
promote the efficient adjudication of this matter, conserve judicial resources, and serve the
convenience and interests of parties.

4.      The nature and complexity of this multifaceted, multiple-defendant environmental
matter warrant special judicial management in the Complex Litigation Center. A single judge
proactively managing this case is crucial to its proper judicial administration. The Complex
Litigation Center has the resources, procedures, expertise and experience to efficiently handle
and administer complex multi-party cases such as this. Notably, similar MTBE pollution cases
brought by other governmental entities and pending in the federal court system have all been

7

consolidated before a single judge in a Multi-District Litigation proceeding captioned in *In re Methyl* Tertiary *Butyl Ether Prods. Liab. Litig.*, MDL No. MDL 1358 (S.D.N.Y.). This MDL is being presided over by U.S. District Court Judge Shira A. Scheindlin in the Southern District of New York.  Government plaintiffs and oil and chemical company defendants have all benefited from the MDL's consolidated and structured discovery and motion processes, many of which are similar to the management and motion processes regularly employed in matters in the Complex Litigation Center.

     5.     The Commonwealth's MTBE Action does not qualify for the Court's Commerce Court program because it involves environmental claims.  *Phila. Civil Practice Manual* §10-2.3 (16th Ed.).  Consequently the only available alternative is designation and assignment of the matter to the Complex Litigation Center.

     **WHEREFORE,** the Commonwealth of Pennsylvania, respectfully requests the Court to create a program within the Complex Litigation Center designated as "*In re Commonwealth MTBE Contamination Litigation*" and to assign the above-captioned case to the program.  A proposed form of order is attached.

Dated: July 10, 2014               Respectfully submitted:

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**
James A Donahue, III, Esq.
(PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418

**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL**
**COUNSEL**
Linda C. Barrett, Esq.
(PA Atty. No. 46543)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania  17101
(717) 787-9347

Case ID: 140602881
Control No.: 14071504

**BERGER & MONTAGUE, P.C.**
  Daniel Berger, Esq.
  (PA Atty. No. 20275)
  Tyler E. Wren, Esq.
  (PA Atty. No. 17666)
  1622 Locust Street
  Philadelphia, Pennsylvania 19103
  (215) 875-3000
Special Counsel to the Commonwealth of
Pennsylvania

**COHEN, PLACITELLA & ROTH, P.C.**
     /s/Stewart L. Cohen
  Stewart L. Cohen, Esq.
  (PA Atty. No. 25448)
  Robert L. Pratter, Esq.
  (PA Atty. No. 02556)
  Michael Coren, Esquire
  (PA Atty. No. 31037)
  Two Commerce Square
  Suite 2900, 2001 Market St
  Philadelphia, Pennsylvania 19103
  (215) 567-3500
Special Counsel to the Commonwealth of
Pennsylvania

*Of Counsel:*
**MILLER & AXLINE, P.C.**
  Michael Axline, Esquire
  Duane Miller, Esquire 1050 Fulton Avenue,
  Suite 100
  Sacramento, California 95825-4225
  (916) 488-6688
  Special Counsel to the Commonwealth of
Pennsylvania

ATTORNEYS FOR PLAINTIFF COMMONWEALTH OF PENNSYLVANIA, by and through
Pennsylvania Attorney General Kathleen G. Kane, the Pennsylvania Insurance Department, the
Pennsylvania Department of Environmental Protection and the Pennsylvania Underground Storage
Tank Indemnification Fund

9

**COMMONWEALTH OF PENNSYLVANIA,**  :  **COURT OF COMMON PLEAS OF**
BY AND THROUGH PENNSYLVANIA  :  **PHILADELPHIA COUNTY**
ATTORNEY GENERAL KATHLEEN G. KANE,  :
THE PENNSYLVANIA INSURANCE  :  JUNE TERM, 2014
DEPARTMENT; THE PENNSYLVANIA  :  NO: 002881
DEPARTMENT OF ENVIRONMENTAL  :
PROTECTION AND THE PENNSYLVANIA  JURY TRIAL DEMANDED
UNDERGROUND STORAGE
TANK INDEMNIFICATION FUND,

Plaintiffs

v.

EXXON MOBIL CORPORATION, et al.

Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 10, 2014, a copy of the foregoing Motion was served on defendants' counsel of record or upon defendants or their registered agent where there is no counsel of record by first class U.S. mail, postage pre-paid.

**COHEN, PLACITELLA & ROTH, P.C.**

_____/s/ Michael Coren_____
Michael Coren, Esquire

Attorney for Plaintiff Commonwealth of
Pennsylvania, by and through the Attorney
General Kathleen G. Kane, the Pennsylvania
Insurance Department, the Pennsylvania
Department of Environmental Protection
and the Pennsylvania Underground
Storage Tank Indemnification Fund

10

EXHIBIT 4

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**
James A Donahue, III, Esq. (PA Atty. No.42624)
Executive Deputy Attorney General
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
(717) 705-0418
**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**
Linda C. Barrett, Esq. (PA Atty. No. 46543)
Deputy General Counsel
333 Market Street, 17th Floor
Harrisburg, Pennsylvania  17101
(717) 787-9347
**BERGER & MONTAGUE, P.C.**
Daniel Berger, Esq. (PA Atty. No. 20275)
Tyler E. Wren, Esq. (PA Atty. No. 17666)
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
Special Counsel to the Commonwealth of Pennsylvania
**COHEN, PLACITELLA & ROTH, P.C.**
Stewart L. Cohen, Esq. (PA Atty. No. 25448)
Robert L. Pratter, Esq. (PA Atty. No. 02556)
Michael Coren, Esquire (PA Atty. No. 31037)
Two Commerce Square
Suite 2900, 2001 Market St
Philadelphia, Pennsylvania  19103
(215) 567-3500
Special Counsel to the Commonwealth of Pennsylvania
**ATTORNEYS FOR PLAINTIFFS**

THIS IS NOT AN
ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUIRED

---

| | |
|---|---|
| **The COMMONWEALTH OF PENNSYLVANIA** | : COURT OF COMMON PLEAS |
| By and through Pennsylvania Attorney Kathleen G. | : PHILADELPHIA COUNTY, PA |
| Kane, **the PENNSYLVANIA INSURANCE** | : |
| **DEPARTMENT; THE PENNSYLVANIA** | : |
| **DEPARTMENT OF ENVIRONMENTAL** | : |
| **PROTECTION and the PENNSYLVANIA** | : |
| **UNDERGROUND STORAGE TANK** | : |
| **INDEMNIFICATION FUND** | : |
| | : JUNE  TERM, 2014 |
| VS. | : NO: 002881 |
| | : |
| **EXXON MOBIL CORPORATION** | : JURY TRIAL DEMANDED |

---

**AFFIDAVIT OF SERVICE**

Case ID: 140602881

I, MICHAEL COREN, ESQUIRE, do hereby certify that a true and correct copy of the Civil Action Complaint and Notice of Intent to Serve a Subpoena to Produce Documents and Things for discovery pursuant to PA R.C.P. 4009.21 filed in the above captioned matter was served upon the following defendants via certified mail, return receipt requested:

1. BP WEST COAST PRODUCTIONS       **SERVED 6/27/2014**
   Four Centerpointe Drive
   LaPalma, CA 90623

2. HOUSTON REFINING, LP       **SERVED 6/27/2014**
   12000 Lawndale Street
   Houston, TX 77017

3. MARATHON OIL CORPORATION       **SERVED 6/27/2014**
   5555 San Felipe Road
   Houston, TX 77056

4. MARATHON PETROLEUM CORPORATION       **SERVED 6/27/14**
   539 South Main Street
   Findlay, OH 45840

5. TRMI – H LLC       **SERVED 6/27/2014**
   6001 Bollinger Canyon Road
   San Ramon, CA 94583

6. VALERO ENERGY CORPORATION       **SERVED 6/27/2014**
   One Valero Way
   San Antonio, TX 78249

7. VALERO REFINING AND MARKETING COMPAY       **SERVED 6/27/2014**
   One Valero Way
   San Antonio, TX 78249

Case ID: 140602881

8. PHILLIPS 66                                      **SERVED 6/30/2014**
   P.O. Box 4428
   Houston, TX 77210

9. CITGO REFINING AND CHEMICALS COMPANY LP   **SERVED 7/1/2014**
   1802 Nueces Bay Blvd
   Corpus Christi, TX 78469

10. LYONDELLBASELL INDUSTRIS, N.V.            **SERVED 7/2/2014**
    LyondellBassell Tower Suite 700
    1221 McKinney Street
    Houston, TX 77017

A true and correct copy of the Certified Return Receipt are attached hereto and marked as

Exhibit "A."

                        **COHEN, PLACITELLA & ROTH, P.C.**

                        By: _____
                            MICHAEL COREN, ESQUIRE
                            Co-Counsel for Plaintiff

NOTARY PUBLIC:
Sworn Before Me This
11th Day of July, 2014

Margaret Rheinstadter
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET RHEINSTADTER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 11, 2015

Case ID: 140602881

## CERTIFICATE OF SERVICE

I, MICHAEL COREN, Esquire, co-counsel for the Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Insurance Department, Pennsylvania Department of Environmental Protection and Pennsylvania Underground Storage Tank Indemnification Fund hereby certifies that on July 11, 2014 a true and correct copy of the Affidavit of Service was served via electronic filing only on all interested parties.


BY:  /s/ Michael Coren
_____

MICHAEL COREN, ESQUIRE
Co-Counsel for Plaintiff

Dated: July 11, 2014

# EXHIBIT A

Case ID: 140602881

# #1

Case ID: 140602881

USPS.com® - USPS Tracking™                                    Page 1 of 1

**≋USPS.COM**                              Search USPS.com or Track Packages   Subr

Quick Tools            Ship a Package     Send Mail      Manage Your Mail      Shop       Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70072680000224762162

## Product & Tracking Information

Postal Product:          Features:
                         Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| June 27, 2014 , 10:56 am | Delivered | LA PALMA, CA 90623 |

Your item was delivered at 10:56 am on June 27, 2014 in LA PALMA, CA 90623.

| | | |
| --- | --- | --- |
| June 27, 2014 , 12:35 am | Depart USPS Sort Facility | CITY OF INDUSTRY, CA 91715 |
| June 26, 2014 , 11:38 pm | Processed through USPS Sort Facility | CITY OF INDUSTRY, CA 91715 |
| June 26, 2014 , 12:55 am | Processed through USPS Sort Facility | PHILADELPHIA, PA 19116 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

What's your tracking (or receipt) number?

[                                                    ]    Track It

LEGAL                    ON USPS.COM              ON ABOUT.USPS.COM         OTHER USPS SITES
Privacy Policy ›         Government Services ›    About USPS Home ›         Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›      Newsroom ›                Postal Inspectors ›
FOIA ›                   Print a Label with Postage › USPS Service Alerts › Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›       Forms & Publications ›    Postal Explorer ›
                         Delivering Solutions to the Last Mile › Careers › National Postal Museum ›
                         Site Index ›

≋USPS.COM   |   Copyright© 2014 USPS. All Rights Reserved.

Case ID: 140602881

**#2**

Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HOUSTON REFINING, LP
200 Lawndale Street
Houston, TX 77017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Chuck Woody_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

_Chuck Woody_

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
*(Transfer from service label)*

7007 2680 0002 2476 2186

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

#3

Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARATHON OIL CORPORATION
5555 San Felipe Road
Houston, TX 77056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

J. Cargos                        6/27/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1410 0000 0789 5333

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Case ID: 140602881

#4

Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARATHON PETROLEUM CORPORATION
539 South Main Street
Findlay, OH 45840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Keith Ensign* ☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

Keith Ensign
539 South Main St.

JUN 2 7 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service l...)

7009 1410 0000 0789 5340

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Case ID: 14060288



Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRMI – H L LC
6001 Bollinger Canyon Road
San Ramon, CA 94583

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Philip Miranda*          □ Agent
                            □ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Philip Miranda

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

U.S.P.S.
SAN RAMON CA 94583
JUN 27 2014

3. Service Type
   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail
   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

7007 2680 0002 2476 1493

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Case ID: 140602881



Case ID: 140602881



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

VALERO ENERGY CORPORATION
One Valero Way
San Antonio, TX 78249

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:          □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

7009  1680  0002  3752  3713

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**#7**

Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

VALERO REFINING AND MARKETING COMPAY
One Valero Way
San Antonio, TX 78249

2. Article Number
   (Transfer from service label)

7009 1410 0000 0789 5388

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Case ID: 140602881

#8

Case ID: 140602881

USPS.com® - USPS Tracking™

English        Customer Service        USPS Mobile

Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages    Subr

Quick Tools                Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70091410000007895357

## Product & Tracking Information

Postal Product:                Features:
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 30, 2014 , 6:16 am | Delivered | HOUSTON, TX 77210 |

Your item was delivered at 6:16 am on June 30, 2014 in HOUSTON, TX 77210.

| | | |
|---|---|---|
| June 27, 2014 , 3:12 am | Processed through USPS Sort Facility | HOUSTON, TX 77201 |
| June 26, 2014 , 12:59 am | Processed through USPS Sort Facility | PHILADELPHIA, PA 19116 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

What's your tracking (or receipt) number?

[                    ]        Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM**  |  Copyright© 2014 USPS. All Rights Reserved.

Case ID: 140602881

#9

Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

CITGO REFINING AND CHEMICALS COMPANY LP
1802 Nueces Bay Blvd
Corpus Christi, TX 78469

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7007  2680  0002  2476  2179

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# #10

Case ID: 140602881

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LYONDELLBASELL INDUSTRIES, N.V.
1221 McKinney Street
LyondellBasell Tower Suite 700
Houston, TX 77017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Express Mail
   ☐ Return Receipt
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)

7009 1410 0000 0789 5326

PS Form 3811, February 2004         Domestic Return Receipt

# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

### DEFENDANT AMERICAN REFINNG GROUP, INC.

### CONSENT TO REMOVAL

Defendant, American Refining Group, Inc., by and through its undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 17, 2014

Respectfully submitted,

By: _____

Edward M. Dunham, Jr.
edunham@kleinbard.com
Paul G.. Gagne
pgagne@kleinbard.com
Kleinbard Bell & Brecker LLP
1650 Market Street, 46th Floor
Philadelphia, Pennsylvania 19103
(215) 568 2000
*Attorneys for American Refining Group, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

**DEFENDANTS ATLANTIC RICHFIELD COMPANY, BP AMERICA INC., BP AMOCO CHEMICAL COMPANY, BP PRODUCTS NORTH AMERICA INC., AND BP WEST COAST PRODUCTS LLC'S CONSENT TO REMOVAL**

Defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Products North America Inc., and BP West Coast Products LLC, wrongly named as BP West Coast Productions, LLC, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 16, 2014

Respectfully submitted,

By: _____

J. Andrew Langan, P.C.
Andrew A. Kassof, P.C.
Andrew R. Running
Sylvia Nichole Winston
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Atlantic Richfield Company, BP
America Inc., BP Amoco Chemical Company,
BP Products North America Inc., and BP West
Coast Products LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA<br><br>                   Plaintiff,<br><br>      v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>                  Defendants | Case No. _____<br><br>[Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |

## DEFENDANT CUMBERLAND FARMS, INC.'S CONSENT TO REMOVAL

Defendant, Cumberland Farms, Inc., by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Chad W. Higgins
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Attorney for Cumberland Farms, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | |
| v. | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANT GULF OIL LIMITED PARTNERSHIP'S CONSENT TO REMOVAL

Defendant, Gulf Oil Limited Partnership, by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: _Chad W. Higgins_ _____

Chad W. Higgins
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Attorney for Gulf Oil Limited Partnership*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants | Case No. _____<br><br>[Removal from the Court of<br>Common Pleas of Philadelphia<br>County, Trial Division, Case No.<br>140602881] |

## DEFENDANTS CHEVRON U.S.A. INC., TEXACO INC. AND TRMI-H LLC'S
## CONSENT TO REMOVAL

Defendants Chevron U.S.A. Inc., Texaco Inc. and TRMI-H LLC, by and through

undersigned counsel, hereby consent to the removal of this action from the Court of Common

Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the

District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: *James Maher b.p.*

Robert E. Meadows
Jeremiah J. Anderson
James J. Maher
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Charles C. Correll, Jr.
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, California 94015
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

**Attorneys for Defendants Chevron
U.S.A. Inc., Texaco Inc. and TRMI-H
LLC**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANTS CITGO PETROLEUM CORPORATION AND CITGO REFINING AND CHEMICALS COMPANY L.P. CONSENT TO REMOVAL

Defendants CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P., by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: *Pamela R Hanebutt*

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Ph: 312-660-7600
Fax: 312-692-1718

*Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemicals Company L.P.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANT(S) COASTAL EAGLE POINT OIL COMPANY'S AND EL PASO MERCHANT ENERGY-PETROLEUM COMPANY'S CONSENT TO REMOVAL

Defendant(s) Coastal Eagle Point Oil Company and El Paso Merchant Energy-Petroleum Company, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Brent H. Allen (D.C. Bar #464934)
Dawn A. Ellison (D.C. Bar #464296)
GREENBERG TRAURIG LLP
2101 L. Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)

*Attorneys for Defendants Coastal Eagle
Point Oil Company and El Paso Merchant
Energy-Petroleum Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. |
| Plaintiff, | Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881 |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANTS CONOCOPHILLIPS COMPANY AND PHILLIPS 66 CONSENT TO REMOVAL

Defendants CONOCOPHILLIPS COMPANY and PHILLIPS 66, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Alan E. Kraus
Matthew D. Thurlow
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone: (212) 906-4710
Facsimile: (212) 751-4864

*Attorneys for ConocoPhillips Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANT CROWN CENTRAL LLC'S CONSENT TO REMOVAL

Defendant Crown Central LLC, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Ben M. Krowicki, Esq.
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103
860.240.2700

*Attorneys for Crown Central LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, *et al.*, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) |

Case No. _____

[Removal from the Court of Common Please of Philadelphia County, Trial Division, Case No. 1402602881]

### DUKE ENERGY MERCHANTS, LLC'S CONSENT TO REMOVAL

Defendant Duke Energy Merchants, LLC, by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Please of Philadelphia, County, Trial Division (originally assigned Case No. 140602881), to the U.S. District Court for the Eastern District of Pennsylvania.

Dated: July 17, 2014

Respectfully Submitted,

James R. Wedeking
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Phone: (202) 736-8281
Facsimile: (202) 736-8711

*Counsel for Duke Energy Merchants, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANT GEORGE E. WARREN CORPORATION'S CONSENT TO REMOVAL

Defendant GEORGE E. WARREN CORPORATION, by and through its undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the United States District Court for the Eastern District of Pennsylvania.

Dated: July 14, 2014

Respectfully submitted,

Ira Brad Matetsky
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganfershore.com

*Attorneys for Defendant*
  *GEORGE E. WARREN CORPORATION*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

### DEFENDANT GETTY PETROLEUM MARKETING INC.'S CONSENT TO REMOVAL

Defendant Getty Petroleum Marketing Inc. ("GPMI"), by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the United States District Court for the Eastern District of Pennsylvania. By so consenting, GPMI does not waive, and expressly reserves, all rights, remedies, claims, and defenses under the United States Bankruptcy Code, the confirmed First Amended Plan of Liquidation (the "Plan") for the Debtors, all court orders and rulings issued in the chapter 11 case captioned *In re Getty Petroleum Marketing Inc., et al.*, Case No. 11-15606 (SCC) (Bankr. S.D.N.Y.), and any other applicable federal and state law, and does not concede, and expressly disputes, that Plaintiff Commonwealth of Pennsylvania ("Plaintiff") is permitted to pursue any claims asserted against GPMI Liquidating Trust (as defined in the Plan) in this action.

Dated: July 16, 2014                    Respectfully submitted,

                                        By: _____
                                           Matthew G. Parisi
                                           Bleakley Platt & Schmidt, LLP
                                           One North Lexington Ave.
                                           White Plains, New York
                                           Tel.: (914) 287-6184

                                           *Attorneys for GPMI*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANTS HESS CORPORATION'S, MARATHON OIL CORPORATION'S, MARATHON PETROLEUM COMPANY LP'S, AND MARATHON PETROLEUM CORPORATION'S CONSENT TO REMOVAL

Defendants Hess Corporation, Marathon Oil Corporation, Marathon Petroleum Company LP, and Marathon Petroleum Corporation, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 17, 2014

Respectfully submitted,

By: *Steven L. Leifer*

Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)

*Attorneys for Defendants Hess Corporation, Marathon Oil Corporation, Marathon Petroleum Company LP, and Marathon Petroleum Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, *et al.*, <br><br> Defendants | Case No. _____ <br><br> [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |

## DEFENDANT HOUSTON REFINING, LP'S CONSENT TO REMOVAL

Defendant Houston Refining, LP ("Houston Refining"), by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the United States District Court for the Eastern District of Pennsylvania.  By so consenting, Houston Refining does not waive, and expressly reserves, all rights, remedies, claims, and defenses under the United States Bankruptcy Code, the confirmed Third Amended and Restated Joint Chapter 11 Plan of Reorganization for the LyondellBasell Debtors, all court orders and rulings issued in the chapter 11 case captioned *In re Lyondell Chemical Company, et al.*, Case No. 09-10023 (REG) (Bankr. S.D.N.Y.), and any other applicable federal and state law, and does not concede, and expressly disputes, that Plaintiff Commonwealth of Pennsylvania ("Plaintiff") is permitted to pursue any claims asserted against Houston Refining in this action.  In that regard, on July 10, 2014, Houston Refining filed a motion in the United States Bankruptcy Court for the Southern District of New York seeking, among other things, to bar and enjoin Plaintiff from asserting claims against Houston Refining in this action, which motion is currently pending.

In addition, because Houston Refining has not yet been served with the Complaint in this action, Houston Refining does not accept service by consenting to removal, and does not waive, and expressly reserves, all rights, remedies, claims, and defenses as to challenges to personal jurisdiction and proper service by Plaintiff.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Alan J. Hoffman (PA Bar No. 17591)
Jeffrey S. Moller (PA Bar No. 41049)
Frank A. Dante (PA Bar No. 87888)
John J. DiChello (PA Bar No. 91767)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Tel.: (215) 569-5500

*Attorneys for Defendant*
*Houston Refining, LP*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANT LUKOIL AMERICAS CORPORATION'S CONSENT TO REMOVAL

Defendant LUKOIL Americas Corporation ("LUKOIL"), by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.[1]

Dated: July 16, 2014

Respectfully submitted,

By: _Katherine M. Katchen_____

Katherine M. Katchen
PA I.D. # 80395
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1200

*Attorney for LUKOIL Americas Corporation*

---

[1]    Plaintiff's complaint incorrectly identifies LUKOIL as "f/k/a, d/b/a and/or successor in liability to Getty Petroleum Marketing Inc. ("GPMI")." By consenting to removal herein, LUKOIL does not concede (or waive its objection to the allegation), and expressly denies, that it is "f/k/a, d/b/a and/or successor in liability to GPMI."

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

### DEFENDANT LYONDELLBASELL INDUSTRIES N.V.'S CONSENT TO REMOVAL

Defendant LyondellBasell Industries N.V. ("LyondellBasell"), by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the United States District Court for the Eastern District of Pennsylvania.  By so consenting, LyondellBasell does not waive, and expressly reserves, all rights, remedies, claims, and defenses under the United States Bankruptcy Code, the confirmed Third Amended and Restated Joint Chapter 11 Plan of Reorganization for the LyondellBasell Debtors, all court orders and rulings issued in the chapter 11 case captioned *In re Lyondell Chemical Company, et al.*, Case No. 09-10023 (REG) (Bankr. S.D.N.Y.), and any other applicable federal and state law, and does not concede, and expressly disputes, that Plaintiff Commonwealth of Pennsylvania ("Plaintiff") is permitted to pursue any claims asserted against LyondellBasell in this action.  In that regard, on July 10, 2014, LyondellBasell filed a motion in the United States Bankruptcy Court for the Southern District of New York seeking, among other things, to bar and enjoin Plaintiff from asserting claims against LyondellBasell in this action, which motion is currently pending.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Alan J. Hoffman (PA Bar No. 17591)
Jeffrey S. Moller (PA Bar No. 41049)
Frank A. Dante (PA Bar No. 87888)
John J. DiChello (PA Bar No. 91767)
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Tel.: (215) 569-5500

*Attorneys for Defendant*
*LyondellBasell Industries N.V.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## DEFENDANT NUSTAR TERMINALS OPERATIONS PARTNERSHIP L.P. CONSENT TO REMOVAL

Defendant NuStar Terminals Operations Partnership L.P., by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 17, 2014

Respectfully submitted,

By: _____

Nada L. Ismail
NuStar Energy L.P.
19003 IH 10 West
San Antonio, Texas 78257

*Attorney for NuStar Terminals Operations Partnership L.P.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

### DEFENDANTS PREMCOR REFINING GROUP INC., PREMCOR USA, INC., VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, AND VALERO REFINING AND MARKETING COMPANY'S CONSENT TO REMOVAL

Defendants Premcor Refining Group Inc., Premcor USA, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, and Valero Refining and Marketing Company, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 15, 2014

Respectfully submitted,

By: _____

Paul F. Jenkins, Esq.
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002

*Attorneys for Premcor Refining Group Inc.,*
*Premcor USA, Inc.,*
*Valero Energy Corporation,*
*Valero Marketing and Supply Company, and*
*Valero Refining and Marketing Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

### CONSENT TO REMOVAL OF DEFENDANTS EQUILON ENTERPRISES LLC, MOTIVA ENTERPRISES LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, AND TMR COMPANY

Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell

Oil Products Company LLC, and TMR Company, by and through undersigned counsel, hereby

consent to the removal of this action from the Court of Common Pleas of Philadelphia County,

Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern

District of Pennsylvania.

Dated: July 16, 2014

Respectfully submitted,

By: *Martin J. Healy/ecc*
Martin J. Healy (Pennsylvania Bar No. 71133)
SEDGWICK LLP
Three Gateway Center
12th Floor
Newark, New Jersey  07102
Telephone:  973.242.0002
Facsimile:  973.242.8099
Email:  martin.healy@sedgwicklaw.com

*Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, and TMR Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants | Case No. _____<br><br>[Removal from the Court of<br>Common Pleas of Philadelphia<br>County, Trial Division, Case No.<br>140602881] |

### DEFENDANTS SUNOCO, INC. (R&M) AND SUN COMPANY, INC.'S CONSENT TO REMOVAL

Defendant(s) Sunoco, Inc. (R&M) and Sun Company, Inc. (n/k/a Sunoco, Inc.), by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 16, 2014

Respectfully submitted,

By: _____
John S. Guttmann
Daniel M. Krainin
BEVERIDGE & DIAMOND, P.C.
477 Madison Ave, 15th Floor
New York, NY 10022

*Attorneys for Sunoco, Inc. (R&M) and Sun Company, Inc. (n/k/a Sunoco, Inc.)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants | Case No. _____<br><br>[Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |

## TOTAL PETROCHEMICALS AND REFINING USA, INC.'S
## CONSENT TO REMOVAL

Defendant Total Petrochemicals and Refining USA, Inc., by and through undersigned counsel, hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 16, 2014

Respectfully submitted,

By: _____
    M. Coy Connelly
    Texas Bar No. 00793541
    Amy E. Parker
    Texas Bar No. 24051156
    BRACEWELL & GIULIANI LLP
    711 Louisiana St., Suite 2300
    Houston, Texas 77002-2770
    Telephone:  (713) 221-1335
    Telecopier:  (713) 221-1212

    ATTORNEYS FOR DEFENDANT
    TOTAL PETROCHEMICALS &
    REFINING USA, INC.

#4632327.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA | Case No. _____ |
| Plaintiff, | [Removal from the Court of Common Pleas of Philadelphia County, Trial Division, Case No. 140602881] |
| v. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants | |

## UNITED REFINING COMPANY CONSENTS TO REMOVAL

United Refining Company, a Defendant in the named action, by and through undersigned counsel, hereby consent to the removal of this action from the Court of Common Pleas of Philadelphia County, Trial Division (originally assigned Case No. 140602881), to the District Court for the Eastern District of Pennsylvania.

Dated: July 17, 2014

Respectfully submitted,

By: _____
John R. Wagner, Esq.
15 Bradley Street
Warren, PA   16365
Supreme Court ID #41107

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>Defendants | Case No. _____<br><br>[Removal from the Court of<br>Common Pleas of Philadelphia<br>County, Trial Division, Case No.<br>140602881] |

## DEFENDANT WESTERN REFINING YORKTOWN, INC.'S CONSENT TO REMOVAL

Defendant Western Refining Yorktown, Inc., by and through undersigned counsel,
hereby consents to the removal of this action from the Court of Common Pleas of Philadelphia
County, District of Pennsylvania.

Dated: July 15th, 2014

Respectfully submitted,

By: _____
Clement D. Carter (VSB #46038)
Samuel T. Towell (VSB #71512)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone:  804.775.4757
Facsimile:  804.698.2069

*Attorneys for Western Refining
Yorktown, Inc.*

58651856_1.docx

# EXHIBIT 6

ARCHER & GREINER, P.C.
By: Howard A. Rosenthal
  Attorney ID No. 25632
  Marc A. Rollo
  Attorney ID No. 60422
  Arthur H. Jones, Jr.
  Attorney ID No. 57420      Attorneys for Defendants,
One Liberty Place         Exxon Mobil Corporation and ExxonMobil
1650 Market Street        Oil Corporation
Thirty-Second Floor
Philadelphia, PA  19103-7393
Phone:  215-963-3300
Fax: 215-963-9999

| | | |
|---|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| | : | |
| Plaintiff, | : | JUNE TERM, 2014 |
| | : | NO. 2881 |
| v. | : | |
| | : | |
| EXXON MOBIL CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

   Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation ("Defendants"),

by their attorneys, advise that a Notice of Removal has been filed by the undersigned defendants

to remove the above-captioned action from the Court of Common Pleas of Philadelphia County,

Pennsylvania, where it was assigned Case No. 140602881, to the United States District Court for

the Eastern District of Pennsylvania.  This removal was accomplished pursuant to the authority

of Section 1503 of the Energy Act of 2005, and 28 U.S.C. §§ 1441 and 1446 and  A true and

correct copy of Defendants' Notice of Removal filed with the United States District Court for the

Eastern District of Pennsylvania is attached hereto as Exhibit A.

   Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in United States

District Court, together with the filing of a copy of the Notice of Removal with this Court,

effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

<table>
<tr><td>

**OF COUNSEL:**
Archer & Greiner, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
Tel:  (215) 963-3300
Fax:  (215) 963-9999
Email:  hrosenthal@archerlaw.com
        mrollo@archerlaw.com
        ajones@archerlaw.com


James A. Pardo
Stephen J. Riccardulli
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY  10173

</td><td>

/s/Howard A. Rosenthal
Howard A. Rosenthal
Marc A. Rollo
Arthur H. Jones, Jr.
   Attorneys for Defendants, Exxon Mobil
   Corporation and ExxonMobil Oil Corporation

</td></tr>
</table>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THE COMMONWEALTH OF PENNSYLVANIA, :
                 :   CIVIL ACTION NO.
     Plaintiff,      :
                 :
    v.            :
                 :
EXXON MOBIL CORPORATION, et al.  :
                 :
     Defendants.    :

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants, Exxon Mobil Corporation and ExxonMobil Oil Corporation, certify that, on July 17, 2014, a true and correct copy of the foregoing Notice of Removal was served on all counsel and unrepresented parties by depositing such copies in the United States Mail, first class postage prepaid, and addressed as follows:

> James A. Donahue, III, Esquire
> Pennsylvania Office Of Attorney General
> Strawberry Square, 14th Floor
> Harrisburg, PA 17120
>
> Linda C. Barrett, Esquire
> Governor's Office Of General Counsel
> 333 Market Street, 17th Floor
> Harrisburg, PA 17101
>
> Daniel Berger, Esquire
> Tyler E. Wren, Esquire
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
>
> Stewart L. Cohen, Esquire
> Robert L. Pratter, Esquire
> Michael Coren, Esquire
> Cohen, Placitella & Roth, P.C.
> Two Commerce Square
> Suite 2900, 2001 Market Street
> Philadelphia, PA 19103

1

Duane Miller, Esquire
Michael Axline, Esquire
Miller & Axline, P.C.
1050 Fulton Avenue, Suite 100
Sacramento, CA  95825

   Attorneys for Plaintiff

Paul G. Gagne, Esquire
Edward M. Dunham, Jr.
Kleinbard Bell & Brecker LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103

   Attorneys for American Refining Group, Inc.

## **UNREPRESENTED PARTIES**

Chevron U.S.A. Inc.
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Citgo Petroleum Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Citgo Refining and Chemicals Company, L.P.
1802 Neuces Bay Boulevard
Corpus Christi, TX  78469

Coastal Eagle Point Oil Company
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Conoco Phillips Company
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Atlantic Richfield Company
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

2

Crown Central, L.L.C.
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Cumberland Farms, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Duke Energy Merchants, LLC
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

El Paso Merchant Energy-Petroleum
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Energy Merchant, LLC
c/o Lesis Document Services
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Equilon Enterprises, LLC
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

George E. Warren Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Getty Petroleum Marketing, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Getty Properties Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Gulf Oil Limited Partnership
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Hess Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Houston Refining, LP
12000 Lawndale Street
Houston, TX  77017

Lukas Americas Corporation
1500 Hempstead Turnpike
East Meadow, NY  11554

Lyondell Bassell Industries NV
Lyondell Bassell Tower
1221 McKinney Street, Suite 700
Houston, TX  77010

Marathon Oil Corporation
5555 San Felipe Road
Houston, TX  77056

Marathon Petroleum Company, LP
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Motiva Enterprises, LLC
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

North Atlantic Refining Ltd
PO Box 40
1 Refinery Road
Come By Chance, NL A0B 1N0 Canada

Nustar Terminals Operations Partnership LP
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

4

Phillips 66
P.O. Box 4428
Houston, TX 77210

Phillips 66 Company
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

Premcor Refining Group, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA 19102

Premcor USA, Inc.
1700 East Putnam Avenue
Old Greenwich, CT 06870

American Refining Group, Inc.
1000 Four Falls Corporate Center
Suite 215
West Conshohocken, PA 19428

Shell Oil Company
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17110

Shell Oil Products Company, LLC
c/o CT Corporation  System
116 Pine Street, Suite 320
Harrisburg, PA 17101

Sun Company, Inc.
c/o CT Corporation System
2592 Interstate Drive, Suite 103
Harrisburg, PA 17101

Sunoco Incorporated (R&M)
c/o CT Corporation System
2595 Interstate Drive, Suite 103
Harrisburg, PA 17101

Texaco, Inc.
c/o CT Corporation System
2595 Interstate Drive, Suite 103
Harrisburg, PA  17101

TMR Company
910 Louisiana Street
Houston, TX  77002

TRMI-H, LLC
6001 Bollinger Canyon Road
San Ramon, CA  94583

Total Petrochemicals and Refining USA, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

United Refining Company
15 Bradley Street
Warren, PA  16365

BP America, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Valero Energy Corporation
One Valero Way
San Antonio, TX  78249

Valero Marketing and Supply Company
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Valero Refining and Marketing Company
One Valero Way
San Antonio, TX  78249

Vitol S.A., Inc.
1100 Louisiana Street, Suite 5500
Houston, TX  77002

Western Refining Yorktown, Inc.
c/o CT Corporation
1515 Market Street
Philadelphia, PA  19102

BP Amoco Chemical Company
116 Pine Street, Suite 320
Harrisburg, PA  17101

BP Products North America, Inc.
c/o The Prentice Hall Corp System
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

BP West Productions, LLC
4 Centrepointe Drive
Lapalma, CA  90263

Chemtura Corporation
c/o CT Corporation Service Co.
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

**OF COUNSEL:**
Archer & Greiner, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
Tel:  (215) 963-3300
Fax:  (215) 963-9999
Email:  hrosenthal@archerlaw.com
          mrollo@archerlaw.com
          ajones@archerlaw.com


James A. Pardo
Stephen J. Riccardulli
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY  10173

Howard A. Rosenthal
Marc A. Rollo
Arthur H. Jones, Jr.
    Attorneys for Defendants, Exxon Mobil
    Corporation and ExxonMobil Oil Corporation