**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

$2:14-4327$

**IN RE: METHYL TERTIARY BUTYL ETHER
(MTBE) PRODUCTS LIABILITY LITIGATION**

MDL No. 1358

(SEE ATTACHED SCHEDULE)

**FILED**

AUG – 5 2014

**CONDITIONAL TRANSFER ORDER (CTO –44)**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

On October 10, 2000, the Panel transferred 2 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* Unpublished (J.P.M.L. 2000). Since that time, 169 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 30, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**A CERTIFIED COPY
RUBY J. KRAJICK, CLERK**

BY_____
Deputy Clerk

**IN RE: METHYL TERTIARY BUTYL ETHER
(MTBE) PRODUCTS LIABILITY LITIGATION**                    MDL No. 1358

## SCHEDULE CTO-44 – TAG-ALONG ACTIONS

**DIST     DIV.     C.A.NO.     CASE CAPTION**

PENNSYLVANIA EASTERN

| PAE | 2 | 14-04327 | THE COMMONWEALTH OF PENNSYLVANIA V. EXXON MOBIL CORPORATION, ET AL. |
|-----|---|----------|--------------------------------------------------------------------|