UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/15

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION

-------------------------------------------------------

This document relates to:

*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, 14 Civ. 6228

------------------------------------------------------- X

**ORDER**

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

If the Court denies Vitol S.A.'s pending motion to dismiss the First Amended Complaint (Dkt. No. 170), Vitol S.A. shall answer or otherwise respond to the Second Amended Complaint within 30 days from the Court's order.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Date: New York, New York
      December 14, 2015

1

## - Appearances -

### Liaison Counsel for Plaintiffs:

Robin Greenwald, Esq.
Robert Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

### Counsel for Commonwealth:

Michael Axline, Esq.
Miller, Axline, & Sawyer
1050 Fulton Avenue, Suite 10
Sacramento, CA 95825
(916) 488-6688

### Liaison Counsel for Defendants:

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Michael J. Dillon, Esq.
McDermott Will & Emery LLP
50 Rockefeller Plaza, 11th Floor
New York, New York 10020
(212) 547-5583

### Counsel for Vitol S.A.:
Peter Ligh, Esq.
Sutherland Asbil & Brennan, LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
(212) 389-5000