UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | Master File No. 1:00-1898 (SAS)<br>MDL 1358 |

### JOINDER OF DEFENDANTS SHELL TRADING (US) COMPANY AND PENNZOIL-QUAKER STATE COMPANY IN CERTAIN DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that the Defendants Shell Trading (US) Company and Pennzoil-Quaker State Company hereby join in the motion by certain Defendants, filed on January 8, 2016, seeking dismissal of Counts VI, VII and IX of the Second Amended Complaint, and further rely on the Memorandum of Law and Declaration of Lisa A. Gerson filed in support of that motion.

Dated: January 8, 2016         By: _____
Richard E. Wallace, Jr.
Peter C. Condron
SEDGWICK LLP
2900 K Street, N.W.
Harbourside - Suite 500
Washington, D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001

*Counsel for Defendants Shell Trading (US) Company and Pennzoil-Quaker State Company*