**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

---

**This document relates to the following case**:
*Commonwealth of Pennsylvania v. Exxon Mobil Corp. et al.*
Case No. 1:14-cv-06228

---

      PLEASE TAKE NOTICE that under Local Civil Rule 6.3 of the United States District Court for the Southern District of New York, LUKOIL Americas Corporation ("LAC") hereby moves for reconsideration of this Court's Order And Opinion #106384 (ECF No. 279), entered April 5, 2016, and for such other and further relief as the Court determines to be just and proper.

      Respectfully submitted,

| | |
|---|---|
| Katherine M. Katchen<br>   AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>2001 Market Street<br>Suite 4100<br>Philadelphia, PA 19103<br>Phone: 215-965-1239<br>Fax: 215-965-1210<br>kkatchen@akingump.com | /s/ James P. Tuite<br>James P. Tuite<br>   AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>1333 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>Phone: 202-887-4406<br>Fax: 202-887-4288<br>jtuite@akingump.com |
| Matthew A. Scarola<br>   AKIN GUMP STRAUSS<br>   HAUER & FELD LLP<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104<br>Phone: 415-765-9507<br>Fax: 415-765-9501<br>mscarola@akingump.com | *Attorneys for LUKOIL Americas Corporation*<br><br>Date: April 19, 2016 |

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 19, 2016, a true and correct copy of this Notice of Motion was electronically served on counsel of record via LexisNexis File & Serve, along with LAC's Memorandum in Support.  A hard copy of those papers will be sent to opposing counsel by overnight delivery.

                   /s/ James P. Tuite

Date: April 19, 2016