

mwe.com

James Pardo
Attorney at Law
jpardo@mwe.com
+1 212 547 5353

May 23, 2019

**BY ECF**

The Honorable Debra Freeman
United States Magistrate Judge
U.S. District Court Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re:   *Comm. of Pennsylvania v. Exxon Mobil Corp., et al.*, Case No. 14-cv-06228
      Parties' Joint Proposal for Site-Specific Discovery Deadline

Dear Judge Freeman:

In response to Your Honor's Order dated May 14, 2019 (Doc. No. 461), Defendants and Plaintiff jointly propose December 1, 2020 as the deadline to complete site-specific discovery. The parties believe that this 18-month period will be sufficient time to complete discovery on the 75 focus sites, provided that all parties cooperate and timely respond to such discovery.

Per the parties' prior joint submission to Your Honor (Doc. No. 453), the remaining non-site specific discovery will be completed by May 2020, again presuming that both sides cooperate and timely respond to said discovery.

The parties appreciate the Court's consideration of this joint proposal, and will make ourselves available (either by telephone or in-person) to answer any questions, or address any concerns, that the Court may have about this or any other matter relating to the case.



340 Madison Avenue   New York NY 10173-1922   Tel +1 212 547 5400   Fax +1 212 547 5444
US practice conducted through McDermott Will & Emery LLP.

Judge Debra Freeman
May 23, 2019
Page 2

Respectfully submitted,

| /s/ James A. Pardo | /s/ Duane C. Miller |
|---|---|
| James A. Pardo, Esq. | Duane C. Miller, Esq. |
| McDermott Will & Emery LLP | Miller & Axline, P.C. |
| 340 Madison Avenue | 1050 Fulton Avenue, Suite 100 |
| New York, New York 10073 | Sacramento, California 95825 |
| *Counsel for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation, and as liaison counsel for all Defendants* | *Counsel for Plaintiff the Commonwealth of Pennsylvania* |

cc:     All Counsel of Record by LNFS

