**mwe.com**

James Pardo
Attorney at Law
jpardo@mwe.com
+1 212 547 5353

March 17, 2020

**BY ECF**

The Honorable Debra Freeman
United States Magistrate Judge
U.S. District Court Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re:   *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, Case No. 14-cv-06228
      **Joint Request for 120-Day Adjournment of Deadlines**

Dear Judge Freeman:

The parties hope that this joint letter finds the Court safe and well.

Based on the current situation, Defendants and Plaintiff request that all existing deadlines in the Court's scheduling orders for this matter, including the dates for completing Non-Site Specific and Site-Specific discovery, be adjourned and extended by 120 days. Although the parties have been engaged in written discovery and depositions for some time, most witnesses and counsel now are prohibited from traveling or attending meetings, or wish to refrain from such travel and meetings. This has made further deposition practice nearly impossible. Likewise, because clients for both sides have been instructed to work remotely, the gathering and review of discovery materials has become extremely difficult.

To be clear, the parties are not asking that this case be stayed. Both sides have conferred and agree that there is significant work that can and will be done in this case while current events get sorted out. This includes, if Your Honor wishes, the parties' availability for an in-person or telephonic hearing to address pending matters.

We appreciate the Court's consideration of this joint request.

Respectfully submitted,                          Respectfully submitted,

*/s/ James A. Pardo*                             */s/ Duane C. Miller*

James A. Pardo                                   Duane C. Miller
*On behalf of Defendants*                        *On behalf of Plaintiff*



340 Madison Avenue   New York NY 10173-1922   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

The Honorable Debra Freeman
March 17, 2020
Page 2


Cc:     All Counsel of Record (by LNFS)


SO ORDERED THAT ALL DEADLINES ARE
ADJOURNED AND EXTENDED BY 120 DAYS


_____

Hon. Deborah Freeman
March __, 2020

