UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master Files No. 1:00 – 1898<br>MDL 1358 (SAS)<br>M21-88 |
| **This Document Relates To:**<br>**Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al,**<br>**Case No. 14-CV-06228** | NOTICE OF WITHDRAWAL OF SARAH CHAUDHRY ON BEHALF OF VITOL S.A. |

TO:   Clerk of the Court and all Parties of Record
      United States District Court
      Southern District of New York

PLEASE TAKE NOTE THAT I will no longer be associated with Eversheds Sutherland (US) LLP and I should be removed from the Court's service list with respect to the above referenced action. Eversheds Sutherland (US) LLP continues to serve as counsel for Defendants Vitol S.A. as indicated on the docket.

Dated: New York, New York
October 16, 2020

                                        Respectfully submitted,

                                        */s/ Sarah Chaudhry*
                                        Sarah Chaudhry



                                        So Ordered:


                                        _____
                                        United States District Judge

44826908.1