UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB) |

## MOTION TO WITHDRAW AS COUNSEL

**TO: THE CLERK OF COURT:**

Kindly withdraw Bruce Bellingham and Daniel J. Dugan as counsel regarding the above-captioned matter.

Respectfully submitted,

**SPECTOR GADON ROSEN VINCI P.C.**

/s/ Bruce Bellingham
Bruce Bellingham, Esquire (ID No. 5448980)
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215. 241.8916
215.531.9115 (Fax)
**Attorneys for Defendant,
American Refining Group Inc.**

/s/ Daniel J. Dugan
Daniel J. Dugan, Esquire (Pro Hac Vice)
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8872
215.531.9120 (Fax)
**Attorneys for Defendant,
American Refining Group Inc.**

3597550-1