UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al.*, No.: 1:14-cv-06228 | Master File No. 1:00-cv-1898<br>MDL 1358 (VSB) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 41(a)(2), or alternatively under Fed. R. Civ. P. Rule 15 or Rule 21,[1] the Commonwealth of Pennsylvania (the "Commonwealth") and LUKOIL Americas Corporation;[2] LUKOIL North America LLC; LUKOIL Pan Americas LLC; and PJSC LUKOIL (collectively the "Settling Defendants"), hereby jointly move to dismiss all counts of the Second Amended Complaint (filed in the above-captioned action) against the Settling Defendants with prejudice (the "Joint Motion to Dismiss"). This Joint Motion to Dismiss is made upon the accompanying Memorandum in Support; and any reply brief and/or oral argument that may be submitted or made by the Commonwealth and the Settling Defendants in support of this Joint Motion to Dismiss.

Date: August 14, 2023

| Plaintiff,<br>Commonwealth of Pennsylvania,<br>By its attorneys, | Defendants,<br>LUKOIL Americas Corporation; LUKOIL North America LLC; LUKOIL Pan Americas LLC; and PJSC LUKOIL |
|---|---|

---

[1] *See Jerry Vogel Music Co. v. Edward B. Marks Music Corp.*, 1985 WL 3392, at *8, n.14 (S.D.N.Y. 1985) (citing *Broadway & Ninety-Sixth St. Realty Corp. v. Loew's Inc.*, 23 F.R.D. 9 (S.D.N.Y. 1958)) ("Where voluntary dismissal is sought against fewer than all defendants, it is not clear under which of the three rules it is proper to proceed … Since the considerations applicable in all four cases are [] substantially identical it is unnecessary to decide whether I am acting under Rule 15(a), Rule 21, Rule 41(a)(2) or none of them.").

[2] The allegations against LUKOIL Americas Corporation ("LAC") were previously dismissed when the Court granted LAC's motion to dismiss pursuant to Fed. R. Civ. P. Rule 12(b)(6) on August 2, 2021. *See* Opinion and Order (ECF No. 662). In an abundance of caution, LAC is being included here as one of the Settling Defendants because it is a party to the Settlement Agreement.

|  |  |
|---|---|
| */s/ Michael Axline*<br>MILLER & AXLINE, P.C.<br><br>By: Michael Axline<br>Special Counsel to the<br>Commonwealth of Pennsylvania<br>1050 Fulton Avenue, Suite 100<br>Sacramento, California 95825-4225<br>(916) 488-6688<br>Email: maxline@milleraxline.com<br><br>BERGER MONTAGUE PC<br><br>By: /s/ Tyler E. Wren<br> Daniel Berger, Esquire<br> Tyler E. Wren, Esquire<br> Yechiel M. Twersky, Esquire<br><br>Special Counsel to the<br>Commonwealth of Pennsylvania<br>1818 Market Street<br>Suite 3600<br>Philadelphia, Pennsylvania 19103<br>(215) 875-3000<br>Email: twren@bm.net<br> danberger@bm.net<br><br>COHEN, PLACITELLA & ROTH, P.C.<br><br>By: /s/ Stewart L. Cohen<br>Stewart L. Cohen, Esquire<br>Robert L. Pratter, Esquire<br>Michael Coren, Esquire<br>Eric S. Pasternack, Esquire<br><br>Special Counsel to the<br>Commonwealth of Pennsylvania<br>Two Commerce Square<br>Suite 2900, 2001 Market St.<br>Philadelphia, Pennsylvania 19103<br>(215) 567-3500<br>Email: scohen@cprlaw.com | By their attorneys,<br><br>*/s/ Joseph L. Sorkin*<br><br>By: Joseph L. Sorkin<br>Akin<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-7464<br>Email: jsorkin@akingump.com |