UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, | Master File No. 1:00-1898<br>MDL 1358 (VSB)<br>M21-88 |
| **This Document Relates To:**<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 | |

## ORDER

The motion of Victoria Rackley for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois; and that her contact information is as follows:

Victoria Rackley
Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000 Telephone
(312) 862-2200 Facsimile
victoria.rackley@kirkland.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., and BP West Coast Products LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/6/2024

The Clerk of Court is respectfully directed to docket this order in No. 00-CV-1898 and No. 14-CV-6228.

SO ORDERED:

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE