UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | Master File No. 1:00-1898 (DLC) |
| **This document pertains to:** | MDL 1358 |
| *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 14-cv-06228 (DLC) | |

# NOTICE OF MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF DEFENDANT IDENTIFICATION AT FOCUS SITES

PLEASE TAKE NOTICE that Moving Defendants[1], by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56, move this Court for an order granting partial summary judgment in their favor against Plaintiff Commonwealth of Pennsylvania ("Plaintiff") for Lack of Defendant Identification at Focus Sites.

Black-letter tort law requires a plaintiff to establish that a defendant caused its injury before that defendant can be held liable. In this case, to hold a defendant liable in tort at a given focus site, Plaintiff must show that the defendant has an identifiable connection to the focus site—namely, that it was an owner, operator, brander, or supplier of MTBE gasoline to the site or that its refined product was delivered to the site. At many sites, Plaintiff has adduced no evidence that could meet this causation burden as to certain defendants (the "Moving Defendants"). The Moving Defendants are entitled to summary judgment at sites where Plaintiff is unable to meet this most basic requirement of establishing tort liability.

---

[1] Moving Defendants are identified in Exhibit 1 to the Memorandum of Law in Support of Moving Defendants' Motion for Partial Summary Judgment for Lack of Defendant Identification at Focus Sites.

Moving Defendants' motion is further supported by the Memorandum of Law, S.D.N.Y. Local Rule 56.1 Statement, and the declaration and exhibits that are filed concurrently herewith, as well as any reply brief or oral argument that may be submitted or made by Moving Defendants in support of this motion.

Dated:  May 2, 2025                                                  Respectfully submitted,

By: */s/ Lisa S. Meyer*
Nathan P. Eimer
(New York Bar No. 1976067)
(neimer@eimerstahl.com)
Lisa S. Meyer
(lmeyer@eimerstahl.com)
Susan M. Razzano
(srazzano@eimerstahl.com)
Gregory M. Schweizer
(gschweizer@eimerstahl.com)
Clare Chiodini
(cchiodini@eimerstahl.com)
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Ph. 312-660-7600
Fax  312-692-1718

*Counsel for Defendants*
*CITGO Petroleum Corporation and CITGO*
*Refining and Chemicals Company L.P.*
*and on Behalf of Moving Defendants*