# Exhibit 8

```
 1            UNITED STATES DISTRICT COURT
 2          SOUTHERN DISTRICT OF NEW YORK
 3
 4                      - - -
 5
    IN RE: METHYL TERTIARY    :  Master File
 6  BUTYL ETHER ("MTBE")      :  No. 1:00-1898
    PRODUCTS LIABILITY        :  (SAS)
 7  LITIGATION                :
                              :
 8  This Document Relates     :  MDL 1358
    to:                       :
 9                            :
    Commonwealth of           :
10  Pennsylvania, etc. v.     :  Case No.
    Exxon Mobil               :  14-cv-06228
11  Corporation, et al.       :
12
                        - - -
13
                   April 19, 2022
14
                        - - -
15
16            Remote realtime expert
    videotape deposition of SCOTT MITCHELL
17  CARR, Ph.D., conducted at the location of
    the witness in Washington, D.C.,
18  beginning at 9:02 a.m., on the above
    date, before Kimberly A. Cahill, a
19  Federally Approved Registered Merit
    Reporter and Notary Public.
20
21
                        - - -
22
23        GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672
24              deps@golkow.com
```

```
 1   APPEARANCES:
 2

     MILLER, AXLINE & SAWYER, P.C.
 3   BY:  TRACEY L. O'REILLY, ESQUIRE
     1050 Fulton Avenue
 4   Suite 100
     Sacramento, California 95825-4225
 5   (916) 488-6688
     toreilly@milleraxline.com
 6   Representing the Plaintiffs
 7
     NORTON ROSE FULBRIGHT US LLP
 8   BY:  JESSICA FARLEY, ESQUIRE
     1301 McKinney
 9   Suite 5100
     Houston, Texas  77010-3095
10   (713) 651-5151
     jessica.farley@nortonrosefulbright.com
11   Representing the Defendant, Phillips 66
12
     BEVERIDGE & DIAMOND P.C.
13   BY:  NESSA HOREWITCH COPPINGER, ESQUIRE
     BY:  GRAHAM C. ZORN, ESQUIRE
14   1900 N Street, NW
     Suite 100
15   Washington, D.C.  20036
     (202) 789-6000
16   ncoppinger@bdlaw.com
     gzorn@bdlaw.com
17   Representing the Sunoco Defendants
18
     McDERMOTT WILL & EMERY
19   BY:  KRISTA A. REED, ESQUIRE
     340 Madison Avenue
20   New York, New York  10173-1922
     (212) 547-5400
21   kreed@mwe.com
     Representing the Defendants, Exxon Mobil
22   Corporation and ExxonMobil Oil
     Corporation
23

24
```

```
 1   GREENBERG TRAURIG, LLP
     BY:  DAWN ELLISON, ESQUIRE
 2   2101 L Street N.W.
     Washington, D.C.  20037
 3   (202) 331-3159
     ellisond@gtlaw.com
 4   Representing the Defendant United
     Refining Company
 5
 6   EIMER STAHL LLP
     BY:  PAMELA HANEBUTT, ESQUIRE
 7   BY:  LISA A. MEYER, ESQUIRE
     224 South Michigan Avenue
 8   Suite 1100
     Chicago, Illinois 60604-2516
 9   (312) 660-7600
     phanebutt@eimerstahl.com
10   lmeyer@eimerstahl.com
     Representing the CITGO Defendants
11
12   CROWELL & MORING LLP
     BY:  PETER CONDRON, ESQUIRE
13   BY:  MONTY COOPER, ESQUIRE
     1001 Pennsylvania Avenue NW
14   Washington, D.C.  20004-2595
     (202) 624-2500
15   pcondron@crowell.com
     mcooper@crowell.com
16   Representing the Shell Defendants
17
     RAWLE & HENDERSON LLP
18   BY:  SUSAN M. DEAN, ESQUIRE
     1339 Chestnut Street
19   One South Penn Square
     The Widener Building - 16th Floor
20   Philadelphia, Pennsylvania  19107
     (215) 575-4200
21   sdean@rawle.com
     Representing the Defendant, Getty
22   Properties Corp.
23
24
```

```
 1   DOWD BENNETT LLP
     BY:  MEGHAN E. BALL, ESQUIRE
 2   7733 Forsyth Boulevard
     Suite 1900
 3   St. Louis, Missouri  63105
     (314) 889-7326
 4   mball@dowdbennett.com
     Representing the Defendants, Valero
 5   Energy Corporation, Valero Marketing and
     Supply Company, Valero Refining and
 6   Marketing Company, Premcor Refining Group
     Inc., Premcor USA Inc.
 7
 8   BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
     BY:  EVIANA ENGLERT, ESQUIRE
 9   100 Middle Street
     P.O. Box 9729
10   Portland, Maine  04104-5029
     (207) 774-1200
11   eenglert@bernsteinshur.com
     Representing the Defendants, Gulf Oil
12   Limited Partnership and Cumberland Farms,
     Inc.
13
14   CLAUSEN MILLER, P.C.
     BY:  WILLIAM C. DICKINSON, ESQUIRE
15   10 South LaSalle Street
     Chicago, Illinois  60603
16   (312) 855-1010
     wdickinson@clausen.com
17   Representing the Defendant, Petroleum
     Products Corp.
18
19   KING & SPALDING LLP
     BY:  CHARLES C. CORRELL, JR., ESQUIRE
20   1100 Louisiana, Suite 4000
     Houston, Texas  77002
21   (713) 751-3200
     ccorrell@kslaw.com
22   Representing the Chevron Defendants
23
24
```

```
 1   BAKER BOTTS L.L.P.
     BY:  CHRISTOPHER D. DANLEY, ESQUIRE
 2   700 K Street, N.W.
     Washington, D.C.  20001
 3   (202) 639-7700
     christopher.danley@bakerbotts.com
 4   Representing the Defendants Hess
     Corporation and Marathon Petroleum
 5   Company LP
 6
     KIRKLAND & ELLIS LLP
 7   BY:  THOMAS J. LEAHY, ESQUIRE
     300 North LaSalle
 8   Chicago, Illinois  60654
     (312) 862-3916
 9   thomas.leahy@kirkland.com
     Representing the BP Defendants
10
11   THE VIDEO TECHNICIAN:
12         Brian McGee
13
     ALSO PRESENT:
14
           Sielas Dixon, Paralegal
15         Berger Montague, P.C.
16
17
18
19                  -  -  -
20
21
22
23
24
```

```
 1                      - - -
 2                     I N D E X
 3                      - - -
 4
 5   Testimony of:  SCOTT MITCHELL CARR, Ph.D.
 6    By Ms. O'Reilly                    9
 7
                            - - -
 8
                       E X H I B I T S
 9
                            - - -
10
11   NO.              DESCRIPTION              PAGE
12
     Carr-1         Plaintiff                   11
13                  Commonwealth of
                    Pennsylvania's
14                  Amended Notice of
                    Deposition of Scott
15                  Carr
16   Carr-2         5/24/21 Expert              30
                    Report of Scott
17                  Carr, Ph.D.
18
19
20
21
22
23
24
```

```
 1                    -   -   -

 2           DEPOSITION SUPPORT INDEX

 3                    -   -   -

 4

 5   Direction to Witness Not to Answer

 6   Page Line      Page Line      Page Line

 7

 8   Request for Production of Documents

 9   Page Line      Page Line      Page Line

10

11

     Stipulations

12

     Page Line      Page Line      Page Line

13

14

15   Question Marked

16   Page Line      Page Line      Page Line

17

18

19

20

21

22

23

24
```

```
 1                Rather, MTBE was introduced
 2        into the gasoline supply chain and
 3        it was introduced in that manner
 4        because MTBE can be and is blended
 5        with gasoline at refineries as
 6        opposed to requiring a separate
 7        production and transportation
 8        network, which I referred to as
 9        the ethanol-specific supply chain.
10                You also speak of -- I
11        believe you just spoke of when
12        MTBE was initially used -- am I
13        remembering your correction --
14        your question correctly?
15                MS. O'REILLY:  That's
16        correct.
17                THE WITNESS:  Right -- as I
18        said, I don't know specifically
19        when MTBE was first used, but it
20        was used prior to the early 1990s,
21        and my understanding is that it
22        was used to replace -- replace
23        lead and also -- and as part of
24        that and beyond that, to extend --
```