

Y. MICHAEL TWERSKY / *SHAREHOLDER*
d 215.875.3052 m 267.559.1436 | mitwersky@bm.net

August 11, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 18B
New York, NY 10007

Granted.

*/s/ Denise Cote*

8/12/25

**Re:** <u>Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.</u>, No. 14-cv-06228
   **Joint Request for Extension**

Dear Judge Cote:

Pursuant to the Court's July 18, 2025 Order (ECF No. 1125), on August 1 Plaintiff "provide[d] the defendants with identification of the focus sites remaining in the first phase of this case and of the defendants the plaintiff seeks to hold liable in connection with each site." ECF 1125 at 1. Since then, the Parties have been productively meeting and conferring in an effort to narrow several areas of dispute. In light of the productive discussions, the Parties believe that, with one additional week, certain of the disputed issues can be resolved. Accordingly, the Parties respectfully request a one-week extension, until August 21, 2025, of the Court's August 14 deadline to submit letters describing any remaining disputes regarding "the focus sites remaining in the first phase of this case and [] the defendants the plaintiff seeks to hold liable in connection with each site."

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

/s/Yechiel M. Twersky

Yechiel M. Twersky
Berger Montague PC
Special Counsel to the
Commonwealth of Pennsylvania

Respectfully submitted,

/s/ James A. Pardo

James A. Pardo
McDermott Will & Schulte LLP
*Counsel for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, and on
behalf of all Defendants of Record*

cc: All counsel of record via ECF and Lexis File & Serve Xpress

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**