```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: Methyl Tertiary Butyl Ether    :    Master File No.
("MTBE") Products Liability Litigation:       1:00-1898
                                      :       MDL 1358
This Document Relates To:             :
Commonwealth of Pennsylvania v. Exxon :    14cv6228 (DLC)
Mobil Corporation, et al., Case No.   :
1:14-cv-6228                          :       ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the letter of September 11, 2025, it is hereby

ORDERED that a status conference regarding the Phase II discovery proposals will be held after a decision is issued on the pending summary judgment motions.

Dated:   New York, New York
         September 11, 2025

                                    _____
                                         DENISE COTE
                                 United States District Judge