```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :   Master File No.
("MTBE") Products Liability Litigation   :      1:00-1898
                                         :      MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :      ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The stipulation and proposed order of dismissal which the parties attempted to file on October 2, 2025, incorporates "procedures and provisions" set forth in a section of a Settlement Agreement between the Commonwealth of Pennsylvania and Crown Central, LLC. It is hereby

ORDERED that the plaintiff and Settling Defendant shall file the Settlement Agreement or a revised proposed order which sets forth the terms of the Settlement Agreement which the order incorporates.

Dated:   New York, New York
         October 3, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge