```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: Methyl Tertiary Butyl Ether        :   Master File No.
("MTBE") Products Liability Litigation    :      1:00-1898
                                          :      MDL 1358
This Document Relates To:                 :
Commonwealth of Pennsylvania v. Exxon     :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.       :
1:14-cv-6228                              :      ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 5, 2025, the parties submitted their proposals for the conduct of Phase II discovery. On September 19, the Commonwealth was ordered to identify to the defendants for each Phase II site for which it seeks a recovery, its name and identification number, its regulatory status, and the date and MTBE concentration of the most recent sampling conducted at the site.[1] A conference will be held on **November 20, 2025** at **9:30 a.m.** in Courtroom 18B to set a schedule for Phase II discovery. The Court requests the presence of a representative of the Commonwealth at the conference.

To assist the parties in preparing for the November 21 conference, the Court makes these preliminary observations. It is anticipated that the 71 sites that comprised Phase I will be remanded to the Easten District of Pennsylvania ("E.D. Pa.") for

---

[1] The Commonwealth's September 5, 2025, submission identifies this information as important to the selection of the Phase II trial sites.

the completion of pretrial proceedings and trial on roughly sixteen remaining sites and, at a date to be determined by the District Court for the E.D. Pa., for entry of final judgment as to all 71 sites. This will permit an appeal by the parties of the summary judgment decisions entered by this Court during Phase I.

It is anticipated that fact discovery regarding the Phase II sites, which number approximately 5,700, will proceed without delay. Among other things, this discovery will provide the Commonwealth with the information it needs to identify the sites for which it intends to seek either USTIF reimbursement and/or future remediation damages. The Commonwealth should be prepared to describe at the conference the information which is essential to that decision and the means it proposes to obtain that information. In doing so, the Commonwealth should be prepared to explain what levels of detected MTBE are material to that decision, along with any other circumstances such as its detection in groundwater or the age of the testing, and where different, the levels that are material to a decision to seek damages for future remediation.

The defendants contend that the Commonwealth's production at an earlier point in this litigation identified 1,200 sites where MTBE was never detected or was detected only in soil, 600

2

sites at which MTBE was never detected at a level above 20 ppb, 1,600 sites with a most recent MTBE detection below 20ppb, and 700 sites with a most recent MTBE detection below 70 ppb. The plaintiffs will be given an opportunity to discuss the materiality of these data points to the need for further discovery regarding these sites.

The parties shall be prepared to discuss a schedule for the Commonwealth's creation of the Phase II Site List for further document discovery. The parties shall describe the documents that must be gathered for each site on the list, such as PADEP files, USTIF files, and the defendants' files.

Dated:   New York, New York
         November 6, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge