UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :
IN RE: Methyl Tertiary Butyl Ether    :
("MTBE") Products Liability Litigation :  Master File No.
                                      :     1:00-1898
This Document Relates To:             :     MDL 1358
Commonwealth of Pennsylvania v. Exxon :
Mobil Corporation, et al., Case No.   :  14cv6228 (DLC)
1:14-cv-6228                          :
                                      :       ORDER
                                      :
------------------------------------- X

DENISE COTE, District Judge:

  This case is part of a consolidated multi-district litigation ("MDL") relating to the contamination of groundwater caused by releases of gasoline containing methyl tertiary butyl ether ("MTBE"). In this action, the Commonwealth of Pennsylvania ("Commonwealth") alleges that the defendants, which include dozens of gasoline manufacturers, distributors, and sellers, are liable for MTBE contamination in Pennsylvania's drinking water.

  On April 30, 2025, the Court granted summary judgment for the defendants on the plaintiff's claim for future investigation costs to determine whether additional remediation work is required at 42 Focus Sites at issue in Phase I of the litigation on the ground that the claim was speculative. In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig., No. 14CV6228 (DLC), 2025 WL 1270541 (S.D.N.Y. Apr. 30, 2025) ("April 30

Opinion"). The Commonwealth's expert had opined for those Sites that additional remediation work was not required, or possibly required, or that he did not know if it would need to be done. Id. at *3. The April 30 Opinion is incorporated by reference and familiarity with it is assumed.

Certain defendants have moved for summary judgment on the Commonwealth's request for remediation and restoration damages at 8 other Focus Sites. They contend that the plaintiffs have "ignored" that the April 30 Opinion requires summary judgment for these Sites as well.

With respect to each of the 8 Sites, the Commonwealth's expert, Anthony Brown, has opined that either on-Site and/or off-Site remediation work is required to address MTBE contamination and has described his reasons for that opinion. Therefore, the application of the April 30 Opinion to Pennsylvania's claims for remediation and/or restoration damages at these 8 Sites does not require the entry of summary judgment. The defendants' September 12 motion is denied.

Dated:   New York, New York
         November 6, 2025

                                            _____
                                            DENISE COTE
                                            United States District Judge

2