UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
                                           :
IN RE: Methyl Tertiary Butyl Ether         :
("MTBE") Products Liability Litigation     :   Master File No.
                                           :      1:00-1898
This Document Relates To:                  :   MDL 1358
Commonwealth of Pennsylvania v. Exxon      :
Mobil Corporation, et al., Case No.        :   14cv6228 (DLC)
1:14-cv-6228                               :
                                           :   ORDER
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    This case is part of a consolidated multi-district litigation ("MDL") relating to the contamination of groundwater caused by releases of gasoline containing methyl tertiary butyl ether ("MTBE"). In this action, the Commonwealth of Pennsylvania ("Commonwealth") alleges that the defendants, which include dozens of gasoline manufacturers, distributors, and sellers, are liable for MTBE contamination in Pennsylvania's drinking water.

    On June 5, 2025, the Court granted summary judgment for defendant Atlantic Richfield on all claims regarding Focus Sites 35 and 44, among other things. In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig., No. 14CV6228 (DLC), 2025 WL 1589284 (S.D.N.Y. June 5, 2025) ("June 5 Opinion"). The June 5 Opinion explained that the plaintiff had produced no evidence that MTBE first detected at those Sites 11 and 19 years after

the defendant had supplied the Sites was due to gasoline supplied by the defendant. Id. at *6. For Site 35, the plaintiff's expert had opined only that the detected MTBE was due to "intermittent" leaks before the year of discovery. Id. The expert report for Site 44 had no mention of a release during a period in which the defendant had supplied the Site but does identify major releases of MTBE after the defendant had ceased supplying the Site. Id.

On June 30, 2025, the Court granted summary judgment for defendants on certain claims regarding all but one of the 69 Sites. In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig., No. 14CV6228 (DLC), 2025 WL 1795126 (S.D.N.Y. June 30, 2025) ("June 30 Opinion"). The June 30 Opinion held that the Commingled Product Theory does not permit the plaintiff to escape its burden of showing that a defendant's MTBE caused, or was among the gasoline that caused, contamination at a Site; delivery to a terminal in the region of the Site is insufficient. Id. at *10. The June 5 and June 30 Opinions are incorporated by reference and familiarity with them is assumed.

The COP Defendants[1] have moved for summary judgment on the Commonwealth's claims against them at Focus Site 11. They

---

[1] The COP Defendants are ConocoPhillips Company, ConocoPhilips, Phillips 66, Phillips 66 Company, Phillips Petroleum Company, Conoco, Inc., Tosco Corporation, and Tosco Refining Co.

contend that the plaintiffs have "ignored" that the June 5 and June 30 Opinions require summary judgment for this Site as well.

With respect to Focus Site 11, MTBE contamination detected immediately after the defendants sold the Site was higher than was detected in the year before the defendants had purchased the Site. Therefore, the application of the June 5 and June 30 Opinions to Pennsylvania's claims does not require the entry of summary judgment on Site 11. The defendants' September 12 motion is denied.

Dated:   New York, New York
         November 6, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge