```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: Methyl Tertiary Butyl Ether        :   Master File No.
("MTBE") Products Liability Litigation    :      1:00-1898
                                          :      MDL 1358
This Document Relates To:                 :
Commonwealth of Pennsylvania v. Exxon     :   14cv6228 (DLC)
Mobil Corporation, et al., Case No.       :
1:14-cv-6228                              :      ORDER
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    At the request of counsel on November 7, 2025, it is hereby

    ORDERED that the status conference regarding the Phase II discovery proposals is adjourned to **December 2, 2025,** at **9:30 a.m.** in Courtroom 18B.

Dated:    New York, New York
            November 7, 2025

                                        _____
                                          DENISE COTE
                            United States District Judge