```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :    Master File No.
("MTBE") Products Liability Litigation   :       1:00-1898
                                         :        MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :    14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :        ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the conference held on December 2, 2025, it is hereby

ORDERED that the plaintiff's September 5 motion for a suggestion of remand to the Judicial Panel on Multidistrict Litigation, specifically that this entire action be remanded, is denied.

IT IS FURTHER ORDERED that the Commonwealth immediately contact USTIF to obtain Site files.

IT IS FURTHER ORDERED that the parties shall meet and confer weekly regarding the Commonwealth's progress in preparing a spreadsheet that complies with the Order of September 19.  It is anticipated that the spreadsheet will be substantially complete no later than **February 27, 2026.**

IT IS FURTHER ORDERED that the parties shall file by **December 17, 2025,** a report on the progress of such efforts.

IT IS FURTHER ORDERED that the December 17 report shall address whether the spreadsheet should:

include the identity of defendant(s) associated with each Site and their role (e.g. supplier/owner);

be populated immediately with the data possessed as of 2016; and

recommend the frequency with which progress reports should be filed.

IT IS FURTHER ORDERED that Commonwealth will produce by **March 27, 2026** to the defendants, for any Site for which it seeks recovery of USTIF expenditures, the amount of such expenditures.


Dated:      New York, New York
            December 3, 2025

                              _____
                              DENISE COTE
                              United States District Judge