# ⌃ NORTON ROSE FULBRIGHT

March 31, 2026

Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, Texas  77010-4106
United States of America

**VIA ECF**

Direct line +1 713 651 8487
jessica.farley@nortonrosefulbright.com

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 18B
New York, NY 10007

Tel +1 713 651 5151
Fax +1 713 651 5246

Re:    *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, No. 14-cv-06228
      April 2, 2026 Conference

Dear Judge Cote:

We write on behalf of the ConocoPhillips Defendants regarding the status conference scheduled for Thursday, April 2, 2026. The ConocoPhillips Defendants have reached a settlement with Plaintiff and, in the near future, will seek the consent of all parties to a Stipulation of Dismissal of Plaintiff's claims against the ConocoPhillips Defendants. In light of their settlement and anticipated dismissal, the ConocoPhillips Defendants request to be excused from in-person attendance at Thursday's conference.

Respectfully submitted,

/s/ *Jessica Farley*
Jessica Farley

Counsel for the ConocoPhillips Defendants

*Request to be excused from attendance is granted.*

*Denise Cote*
*4/1/26*

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.

202381596.1