UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :      Master File No.
("MTBE") Products Liability Litigation   :         1:00-1898
                                         :          MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon     :      14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :           ORDER
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

An Order of April 3, 2026, required the plaintiff to file a proposal prepared by the person in charge of overseeing the production of the Department of Environmental Protection ("DEP") files for how the plaintiff will produce the DEP files in digital form for the Phase II Sites by July 31. The plaintiff's letter of April 14 reports that it will be unable to complete full production of the DEP files by July 31. Accordingly, it is hereby

ORDERED that the plaintiff shall show cause by **May 11, 2026,** why it should not be barred from seeking restoration damages for any Phase II Site for which it has not produced a DEP file by July 31.

IT IS FURTHER ORDERED that a conference will be held on **May 14, 2026,** at **10:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York, in the event

any party wishes to be heard on this issue.

Dated:   New York, New York
         April 17, 2026

_____
 DENISE COTE
United States District Judge