

**Y. MICHAEL TWERSKY**/*SHAREHOLDER*
p. 215.875.3052 m. 267.559.1436|
mitwersky@bergermontague.com

April 28, 2026

VIA ECF

The Honorable Denise L. Cote
United States District Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18B
New York, NY 10007-1312

*The conference is adjourned to May 19 at 2:00 pm.*

*Denise Cote*

*4/29/26*

**Re:  *Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., No. 1:14-cv-06228***
*Unopposed Letter Motion for An Adjournment*

**Dear Judge Cote:**

The Commonwealth of Pennsylvania respectfully requests a brief adjournment of the May 14 show-cause hearing scheduled pursuant to Your Honor's April 17, 2026 Order (ECF No. 1242), "in the event any party wishes to be heard on this issue."

The reason for this request is that the Attorney General's Office's representative for the hearing, Chief Deputy Attorney General Neil Mara, Esq., is unavailable on May 14 due to his son's college graduation.

The Commonwealth has not previously requested an extension of this deadline and has conferred with Defendants' liaison counsel, who consent to rescheduling the show-cause hearing to May 19 or May 20. Accordingly, if the Court's calendar permits, the Commonwealth respectfully requests that the hearing be rescheduled to either May 19 or May 20.

Respectfully submitted,

/s/ Y. Michael Twersky
Y. Michael Twersky
Berger Montague PC
*Special Counsel to the*
*Commonwealth of Pennsylvania*

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*