UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X
                                        :
IN RE: Methyl Tertiary Butyl Ether      :      Master File No.
("MTBE") Products Liability Litigation  :         1:00-1898
                                        :         MDL 1358
This Document Relates To:               :
Commonwealth of Pennsylvania v. Exxon   :      14cv6228 (DLC)
Mobil Corporation, et al., Case No.     :
1:14-cv-6228                            :         ORDER
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

     Having received the defendants' letter of May 8, 2026, it

is hereby

     ORDERED that the defendants' opening brief is due **May 29,**

**2026.**   The plaintiff's opposition is due **June 29, 2026.**   Any

reply is due **July 20, 2026.**

     IT IS FURTHER ORDERED THAT at the time of each filing, the

filer shall supply Chambers with two (2) courtesy copies by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:     New York, New York
           May 11, 2026

                              _____
                                      DENISE COTE
                              United States District Judge