UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: Methyl Tertiary Butyl Ether       :      Master File No.
("MTBE") Products Liability Litigation   :         1:00-1898
                                         :         MDL 1358
This Document Relates To:                :
Commonwealth of Pennsylvania v. Exxon    :      14cv6228 (DLC)
Mobil Corporation, et al., Case No.      :
1:14-cv-6228                             :         ORDER
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    An Order of April 3, 2026, set a schedule for the close of
fact discovery in Phase II of this litigation by December 1,
2026.  On April 14, the plaintiff reported that it will be
unable to complete full production of Department of
Environmental Protection ("DEP") files by July 31.  An Order of
April 17 required the plaintiff to show cause why it should not
be barred from seeking restoration damages for any Phase II Site
for which it has not produced a DEP file by July 31.

    On May 11, the plaintiff requested an extension of the
deadline to produce DEP files that had been digitized
(approximately 1,416) to mid-August 2026 and digitized DEP paper
files (approximately 1,721) to September 15, 2026.  For the
reasons stated on the record at a conference on May 19, these
requests are denied to the extent the DEP files relate to non-
USTIF Sites.  Accordingly, it is hereby

ORDERED that the plaintiff's request with respect to DEP files that had been digitized is granted for USTIF Site files only.

IT IS FURTHER ORDERED that the plaintiff's request with respect to the digitization and production of paper DEP files is granted for USTIF Site files only.

IT IS FURTHER ORDERED that all DEP files for non-USTIF Sites must be produced in digital form by **July 31, 2026.**

IT IS FURTHER ORDERED that the plaintiff is barred from seeking any damages for a non-USTIF Site where a DEP file is not produced in digitized form by **July 31, 2026.**

IT IS FURTHER ORDERED that the plaintiff shall file a letter informing the Court when USTIF file production is complete.

Dated:     New York, New York
           May 19, 2026

_____
DENISE COTE
United States District Judge

2