BERGER | MONTAGUE

Y. MICHAEL TWERSKY / *SHAREHOLDER*
15.875.3052 m 267.559.1436 mitwersky@bergermontague.com

September 29, 2026

Via ECF

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 1:14-cv-6228 (DLC)

Dear Judge Cote:

On behalf of Plaintiff and Defendant United Refining Company ("URC"), we respectfully request a further extension, from September 30, 2026 to October 7, 2026, of the deadline to make an application to restore the claims against URC should that become necessary (*see* Dkts. 1272, 1275).

Plaintiff and URC have finalized and executed a settlement agreement and release. The agreement calls for the entry of the attached Exhibit A as a stipulation of dismissal among all current parties or, in the alternative, a motion for dismissal. URC has been and is continuing to seek authorization of the stipulation from each Defendant, and Plaintiff and URC respectfully request an additional week to complete its execution. The stipulation is substantively the same as those the parties have entered in prior settlements (*see, e.g.*, Dkt. 1246). If the stipulation cannot be completed, a motion for dismissal will be made before Your Honor prior to October 7, 2026.

Plaintiff and URC recognize that the Court has indicated that no further extensions would be granted, but respectfully seek one additional week in light of the execution of the settlement and the number of parties whose authorization is required for the stipulation.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Yechiel M. Twersky
Yechiel M. Twersky
Berger Montague PC
Special Counsel to the
Commonwealth of Pennsylvania

Denied. The deadlines in the 4/3/26 Order remain in place as to URC. The 7/29/26 Order of dismissal is vacated.
Denise Cote
9/29/26

Case 1:14-cv-06228-DLC-VF Document 1276 Filed 09/29/26 Page 2 of 2



BERGER | MONTAGUE

/s/ Dawn A. Ellison
Dawn A. Ellison
Counsel for United Refining Company