BERGER | MONTAGUE

Y. MICHAEL TWERSKY/SHAREHOLDER
p. 215.875.3052 m. 267.559.1436 | mitwersky@bm.net

October 8, 2026

VIA ECF

The Honorable Denise L. Cote
United States District Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18B
New York, NY 10007-1312

**Re:** ***Commonwealth of Pennsylvania v. Exxon Mobil Corp., et al., No. 1:14-cv-06228***
***Letter Motion to Reschedule October 14, 2026 Conference***

Dear Judge Cote:

On October 5, 2026, Defendants filed a letter motion requesting a conference with the Court. ECF No. 1278. The Court issued an Order requiring the Commonwealth to file a response by October 9 and setting a conference for October 14. ECF No. 1279. The Commonwealth will file its response on October 9 but respectfully requests that the Court reschedule the conference to October 19, 2026, for the reasons below.

This request is not made for purposes of delay. Neil F. Mara, Chief Deputy, Special Litigation, of the Pennsylvania Office of Attorney General, who attended the April 2, 2026 conference, is unavailable on October 14 but is available on October 19. This is the Commonwealth's first request to reschedule the conference, and the Commonwealth is not seeking any extension of its October 9 deadline to respond to Defendants' letter. The requested adjournment does not affect any other scheduled dates.

The Commonwealth has conferred with Defendants, who do not oppose rescheduling the conference to October 19. Defendants have asked, however, that the conference remain on October 14 if the Court is not available on October 19 due to unavailability of defense liaison counsel the remainder of that week. Accordingly, the Commonwealth requests that the conference be rescheduled to October 19, 2026, or, if the Court is not available that day, that it remain on October 14, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

Y. Michael Twersky

The conference is rescheduled to 10/19 at 2:00 p.m.

Denise Cote
October 9, 2026