UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

This Document Relates To:
Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al., Case No. 1:14-cv-6228

Master File No. 1:00-1898
MDL 1358

14cv6228(DLC)

ORDER

DENISE COTE, District Judge:

For the reasons stated on the record at the conference held on October 19, 2026, it is hereby

ORDERED that the parties file their proposed schedule to govern Daubert motion briefing in this case by **November 6, 2026.**

Dated: New York, New York
October 19, 2026

DENISE COTE
United States District Judge