**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

COMMONWEALTH OF PENNSYLVANIA,

Plaintiff,

v.

EXXON MOBIL CORPORATION, *et al.*,

Defendants.

Case No. 1:14-cv-06228-DLC
Hon. Denise L. Cote

**JOINT STIPULATION REGARDING PHASE II SITES AND CLAIMS**

WHEREAS an investigation was conducted regarding historic recorded maximums and most recent detections of MTBE at all 5,160 Sites identified on Plaintiff's MTBE Release Site List created and produced under Case Management Order No. 119;[1]

WHEREAS the Court ordered Plaintiff to serve by April 14, 2026, the final Phase II Site List for which Plaintiff presently "intends" to assert claims and seek damages in Phase II (the "Final Phase II Site List") (Dkt. 1235);[2]

WHEREAS on April 14, 2026, Plaintiff served the Final Phase II Site List containing 3,221 Phase II Sites (attached as Exhibit 2);[3]

WHEREAS on April 14, 2026, in consideration of certain summary judgment rulings by the Court, Plaintiff agreed not to pursue claims or seek damages in this action with respect to 1,938

[1] This list of 5,160 sites is referred to herein as the "Potential Phase II Site List," attached as Exhibit 1. Each such site is referred to as a "Potential Phase II Site."
[2] The Court subsequently granted summary judgment for restoration damages at certain Phase II Sites. *In re MTBE*, 2026 WL 2212844 (S.D.N.Y. July 31, 2026) ("Phase II SJ Opinion").
[3] Each site on the Final Phase II Site List (attached as Exhibit 2) is referred to as a "Phase II Site."

sites identified on its Potential Phase II Sites List,[4] and to limit its claims at certain additional sites identified on its Phase II Site List as described herein; and

WHEREAS Plaintiff's position regarding prosecution of its claims and alleged damages for sites on the Potential Phase II Site List and on the Final Phase II Site List reflects rulings in several of the Court's summary judgment opinions, including *In re MTBE*, No. 14CV6228 (DLC), 2025 WL 1270541 (S.D.N.Y. Apr. 30, 2025), *reconsideration denied*, 2025 WL 1675489 (S.D.N.Y. June 13, 2025) ("Investigation-Only Decision"), which Plaintiff intends to appeal at the appropriate time;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. Plaintiff is not asserting, and will not assert, any claim in this action for alleged MTBE impacts from any site where:

a. MTBE has never been detected in soil or groundwater;

b. MTBE has been detected in soil but never in groundwater; or

c. MTBE has never been detected in groundwater at a concentration at or above 20 parts per billion ("ppb").[5]

2. Plaintiff is not asserting, and will not assert, any claim for future remediation or restoration damages in this action allegedly arising from MTBE impacts from any site listed on the Final Phase II Site List where (i) the historical maximum MTBE detection in groundwater has never exceeded 2,000 ppb, and (ii) the most recent MTBE detection in groundwater was less than 20 ppb (such Phase II Sites are identified on Exhibit 5). This provision shall not affect any claims

[4] For clarity, these 1,938 sites (identified on Exhibit 3) are the Potential Phase II Sites that are not on the Final Phase II Site List. No site on Exhibit 2 is intended to be on Exhibit 3.

[5] The sites currently identified as having the characteristics described in Paragraph 1(a) – (c) are listed on Exhibits 3 and 4. Due to the subsequent addition of sites, Exhibit 3 also contains sites for which Plaintiff is not asserting, and will not assert, any claim in this action although not necessarily meeting the characteristics described in Paragraph 1(a)-(c).

for other forms of damages at the Phase II Sites listed on Exhibit 5, including the Commonwealth's pending[6] claims to recover Underground Storage Tank Indemnification Fund damages.

3. Plaintiff's claims for each of the Sites described in Paragraph 1 and listed on Exhibit 3 and Exhibit 4 are dismissed with prejudice, subject to Plaintiff's right to appeal the Court's Investigation-Only Decision and/or Phase II SJ Opinion. In the event Plaintiff successfully appeals the Court's Investigation-Only Decision and/or Phase II SJ Opinion, the Parties agree that the Sites described in Paragraph 1.c may be reinstated consistent with the appellate ruling(s).

4. The claims described in Paragraph 2 in connection with those Phase II Sites identified on Exhibit 5 are dismissed with prejudice, subject to Plaintiff's right to appeal the Court's Investigation-Only Decision and/or Phase II SJ Opinion. In the event Plaintiff successfully appeals the Court's Investigation-Only Decision and/or Phase II SJ Opinion, the Parties agree that the claims described in Paragraph 2 may be reinstated consistent with the appellate ruling(s).

5. Defendants do not concede the merits of any remaining claims for the sites on the Final Phase II Site List, including but not limited to the alleged "Defendant Affiliations," and reserve all rights to move for dismissal of any such claims or sites. Plaintiff reserves the right to supplement information on the Final Phase II Site List relating to the "Defendant Affiliations."

6. Nothing in this Stipulation shall be construed as a waiver of any claims or rights except as expressly provided herein, nor as an admission or concession by Plaintiff that any claim for damages asserted in this action with respect to sites identified on Exhibits 3, 4 and 5 lacks merit. Plaintiff expressly reserves all rights to appeal, in whole or in part, the Court's prior summary judgment opinions.

---

[6] Plaintiff's claims for recovery of USTIF damages have been dismissed as against Exxon Mobil Corporation and ExxonMobil Oil Corporation.

## Index of Exhibits

The following Index of Exhibits is provided solely for the convenience of the parties. In the event of any discrepancies between the Index of Exhibits and Paragraphs 1–6, above, Paragraphs 1-6 control.

1. Exhibit 1 – Potential Phase II Site List containing 5,160 sites;
2. Exhibit 2 – Plaintiff's April 14, 2026, Final Phase II Site List containing 3,221 sites;
3. Exhibit 3 – 1,938 Potential Phase II Sites for which Plaintiff is not asserting, and will not assert, any claim in this action;
4. Exhibit 4 – 91 additional Potential Phase II Sites for which Plaintiff is not asserting, and will not assert, any claim in this action;
5. Exhibit 5 – Phase II Sites for which Plaintiff is not asserting, and will not assert, any claim for future remediation or restoration damages.

So Stipulated:

James A. Pardo
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Ave.
New York, NY 10017
T: (212) 547-5353

*Counsel for Exxon Mobil Corporation, ExxonMobil Oil Corporation, and on behalf of all Defendants of Record*

Date: October 20, 2026

Yechiel M. Twersky
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T: (215) 875-3052

*Special Counsel for the Commonwealth of Pennsylvania*

Date: October 20, 2026

SO ORDERED:

Hon. Denise L. Cote, U.S.D.J.