**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | **Master File No. 1:00 – 1898**<br>**MDL 1358 (DLC)**<br>**M21-88** |
| This document pertains to: | |
| *Commonwealth of Pennsylvania, et al. v. Exxon Mobil Corporation, et al.*<br>14 Civ. 6228 | |

**STIPULATION AND ORDER OF DISMISSAL AS TO UNITED REFINING COMPANY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of United Refining Company ("Settling Defendant") with prejudice, and further stipulate that no further approval or review of the Settlement Agreement executed by and between the Plaintiff and Settling Defendant ("Agreement") by the Court is required. This Stipulation of Dismissal is effective upon filing. *Hester Industries, Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2nd Cir. 1998).

It is hereby ORDERED that all of the claims against United Refining Company are hereby dismissed with prejudice and that no further approval or review of the Agreement is required by the Court.

It is further ORDERED that, in any trial of this action, the trier of fact shall determine Settling Defendant's or any other Releasee's (as that term is defined in the Agreement) apportioned share of liability for any and all claims in the same manner and in the same form of trial verdict as for all non-settling defendants, as if Settling Defendant or any other Releasee(s) had remained Non-Settling Defendant(s). The Commonwealth's recoverable damages against Non-Settling Defendants will be reduced in accordance with the procedures and provisions set forth in Section III.3 (Contribution Protection) of the Agreement, including, if applicable, by any amounts apportioned to Settling Defendant or any other Releasee in a final judicial determination.

It is further ORDERED that, to the extent applicable, all claims by Plaintiff against all Defendants named in the above-captioned action (including Non-Settling Defendants) for all reimbursement payments (if any) made, or to be made, from the Pennsylvania Underground Storage Tank Indemnification Fund ("USTIF") to Settling Defendant or any other Releasee, or for any costs (if any) incurred or to be incurred by USTIF in connection with such reimbursement

payments to Settling Defendant or any other Releasee, are hereby dismissed with prejudice.

This Stipulation and Order shall not dismiss any other claims by Plaintiff against any other Defendants.

| | |
|---|---|
| Plaintiff,<br>Commonwealth of Pennsylvania,<br><br>By its attorneys,<br><br>________________<br>Duane C. Miller<br>Miller & Axline, P.C.<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA 95825<br>Tel: (916) 488-6688<br>Fax: (916) 488-4288<br>Email: dmiller@milleraxline.com | Defendant,<br>United Refining Company,<br><br>By its attorneys,<br><br>________________<br>Dawn Ellison<br>Greenberg Traurig LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Tel: (202) 331-3100<br>Fax: (202) 331-3101<br>Email: ellisond@gtlaw.com |

| | |
|---|---|
| Defendants,<br>Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company (n/k/a INEOS US Chemicals Company), BP Holdings North America Limited, BP p.l.c., BP Products North America, Inc., BP West Coast Productions, L.L.C.,<br><br>By their attorneys,<br><br>/s/ Martin L. Roth (with permission)<br>Martin L. Roth, P.C.<br>Amanda A. Jacobowski<br>Kelli M. Mulder Kirkland<br>& Ellis LLP 333 Wolf Point<br>Plaza Chicago, IL 60654<br>Tel: (312) 862-2000<br>Fax: (312) 862-2200<br>Email: rothm@kirkland.com<br>Email: amanda.jacobowski@kirkland.com<br>Email: kelli.mulder@kirkland.com | Defendants,<br>Chevron U.S.A., Inc., TRMI- H LLC, and Texaco, Inc.,<br><br>By their attorneys,<br><br>/s/ Charles C. Correll (with permission)<br>Charles C. Correll, Jr.<br>King & Spalding LLP<br>1100 Louisiana<br>Houston, TX 77002<br>Tel: (713) 276-7354<br>Fax: (713) 751-3290<br>Email: ccorrell@kslaw.com |
| Defendants,<br>Cumberland Farms, Inc. and Gulf Oil Limited Partnership (n/k/a Pike Fuels Limited Partnership),<br><br>By their attorneys,<br><br>/s/ Chad W. Higgins (with permission)<br>Dentons Bingham Greenebaum LLP One City Center, Suite 11100 Portland, ME 04101<br>Tel: (207) 553-8369<br>Email: chad.higgins@dentons.com<br><br>Mark Edward Tully<br>Goodwin Procter LLP 100<br>Northern Avenue<br>Boston, MA 02210<br>Tel: (617) 570-1289<br>Fax: (617) 523-1231<br>Email: mtully@goodwinlaw.com | Defendants,<br>Equilon Enterprises LLC, Pennzoil Company, Pennzoil Quaker State Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, TMR Company, Shell Trading (US) Company, and Deer Park Refining LP,<br><br>By their attorneys,<br><br>/s/ Peter Condron (with permission)<br>Peter Condron<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Tel: (202) 624-2558<br>Fax: (202) 628-5116<br>Email: pcondron@crowell.com |

| | |
|---|---|
| Defendants,<br>Exxon Mobil Corporation and ExxonMobil Oil Corporation,<br><br>By their attorneys,<br><br>/s/ James Anthony Pardo (with permission)<br>James Anthony Pardo Lisa Gerson<br>McDermott Will & Schulte LLP One Vanderbilt Avenue<br>New York, NY 10017 Tel: (212) 547-5353<br>Fax: (212) 547-5444<br>Email: jpardo@mcdermottlaw.com<br>Email: lgerson@mcdermottlaw.com<br><br>William Stack<br>Carlos Bollar<br>Archer & Greiner, PC 1025 Laurel Oak Road Voorhees, NJ 08043<br>Tel: (856) 795-2121<br>Tel: (856) 795-0574<br>Email: wstack@archerlaw.com<br>Email: cbollar@archerlaw.com | Defendant,<br>Getty Properties Corp.,<br><br>By its attorneys,<br><br>/s/ Susan M. Dean (with permission)<br>John C. McMeekin II<br>Susan M. Dean<br>Rawle & Henderson, LLP<br>Centre Square West<br>1500 Market St., 19th Floor<br>Philadelphia, PA 19102<br>Tel: (215) 575-4200<br>Fax: (215) 563-2583<br>Email: jmcmeekin@rawle.com<br>Email: sdean@rawle.com |
| Defendant,<br>Guttman Realty Company,<br><br>By its attorneys,<br>/s/ Michael D. Hall (with permission)<br>Michael D. Hall<br>Buchanan Ingersoll & Rooney PC 640 5th Avenue, 9th Floor<br>New York, NY 10019-6102 Tel: (212) 440-4483<br>Email: michael.hall@bipc.com | Defendant,<br>Hess Corporation,<br><br>By its attorneys,<br>/s/ Joshua Frank (with permission)<br>Joshua Frank<br>Vernon Cassin<br>Baker Botts LLP<br>700 K St. NW<br>Washington, DC 20001<br>Tel: (202) 639-1139<br>Fax: (202) 508-9321<br>Email: joshua.frank@bakerbotts.com<br>Email: vernon.cassin@bakerbotts.com |

| | |
|---|---|
| Defendants,<br>Sun Company, Inc., Sunoco Inc., Sunoco, Inc. (R&M), Energy Transfer Partners, L.P., ETP Holdco Corporation, and Sunoco Partners Marketing & Terminals L.P.,<br><br>By their attorneys,<br><br>/s/ Nessa Horewitch Coppinger (with permission)<br>Nessa Horewitch Coppinger<br>Beveridge and Diamond, P.C.<br>1900 N Street, NW, Suite 100<br>Washington, DC 20036<br>Tel: (202) 789-6053<br>Fax: (202) 789-6190<br>Email: ncoppinger@bdlaw.com<br><br>/s/ Daniel M. Krainin (with permission)<br>Daniel M. Krainin Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Floor New York, NY 10022<br>Tel: (212) 702-5400<br>Fax: (212) 702-5450<br>Email: dkrainin@bdlaw.com | Defendants,<br>TransMontaigne Product Services LLC,<br><br>By their attorneys,<br><br>/s/ Dawn Ellison (with permission)<br>Dawn Ellison<br>Greenberg Traurig LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Tel: (202) 331-3100<br>Fax: (202) 331-3101<br>Email: ellisond@gtlaw.com |

SO ORDERED the ______________________________ day of ______________, 2026.

______________________________
UNITED STATES DISTRICT COURT JUDGE